**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Paul Kizel, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 7 |
| Crowne Architectural Systems, Inc. | Case No. 17 – 13404 (SLM) |
| Debtor. | |

**GLOBAL NOTES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

On February 22, 2017, (the "Petition Date"), Crowne Architectural Systems, Inc. ("Debtor") filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"). Together with the filing of these Global Notes, the Debtor is filing its Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (the "Statements" and, together with the Schedules, the "Schedules and Statements") pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in and comprise an integral part of the Schedules and Statements and should be referenced in connection with any review thereof.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with any financial statements of the Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and adjustment upon the review of additional information, and reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor based on the information available. Except as otherwise noted, the information provided in the Schedules and Statements is as of the close of business on the Petition Date.

In preparing the Schedules and Statements, the Debtor relied primarily upon information that was prepared by CR3 Partners, LLC ("CR3"), an advisory firm that acted as interim Chief Financial Officer (through its representative Cynthia Romano).  CR3 resigned without advance notice on or about Friday, February 17, 2017, the day that the Debtor ceased operating as a going concern and laid off its employees.  CR3 had been in the process of preparing the information necessary to complete the Schedules and Statement at the time it resigned.  Although the Debtor believes that CR3 made reasonable efforts to ensure the accuracy of the information that it prepared, errors or omissions, as well as the discovery of revised or subsequent information, may necessitate a material change to the Schedules and Statements.  The Debtor will seek the assistance of the chapter 7 trustee to obtain additional information that may be needed to complete and/or supplement the Schedules and Statements. Accordingly, the Debtor reserves all of its rights to amend, supplement, or otherwise modify or alter any part of the Schedules and Statements.

1.    Reservation of Rights.  Nothing contained in the Schedules and Statements shall constitute a waiver of the Debtor's rights or an admission with respect to this chapter 7 case, including any defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant bankruptcy or non-bankruptcy laws.

2.    Claims Description.  Schedules D, E and F permit the Debtor to designate a claim as "disputed," "contingent" and/or "unliquidated." Any failure to designate a claim on a the Debtor's Schedules and Statements as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection.  The Debtor reserves all of rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including as to amount, priority, secured or unsecured status or classification.  Additionally, the Debtor expressly reserves all rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment.  Moreover, listing a claim does not constitute an admission of liability by the Debtor.

3.    Paid Claims.  The Debtor has been authorized to pay certain prepetition employee payroll claims that are listed as priority wage claims pursuant to an order of the Bankruptcy Court.  Accordingly, certain employee payroll liabilities have been reduced by post-petition payments made on account of those prepetition liabilities.

4.    Property and Equipment.  Nothing in the Schedules or Statements (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect to such issues.

5.    Insiders.  Where the Schedules and Statements require information regarding "insiders" and/or officers and directors, the Debtor has attempted to include therein the Debtor's (a) "directors" (or persons in similar positions) and (b) employees that may be, or may have been during the relevant period, "officers," as such terms are defined in the Bankruptcy Code or other applicable law.  The listing of a party as an insider is not intended to be, nor should it be,

construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

      6.     <u>Unliquidated Claim Amounts</u>.  Claim amounts that could not be quantified by the Debtor are scheduled as "unknown."

      7.     <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of the known liquidated amounts for the individual schedule for which they are listed.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

      8.     <u>Specific Notes</u>.  These Global Notes are in addition to any the specific notes that may be included in the individual Schedules and Statements.

### Specific Disclosures with Respect to the Schedules

      <u>Schedule A: Assets</u>.  The Debtor lists approximately $500,000 in a bank account at Bank of America.  Although listed in Schedule A, the funds in that account were remitted to the Debtor by Alexis Travalja for the express purpose of paying prepetition wage related obligations to the Debtor's employees.  Those funds should be considered as trust funds for the benefit of the Debtor's employees with any balance to revert back to Ms. Travalja.  Ms. Travalja has agreed to allow the chapter 7 trustee to use the balance of these funds after the payment of payroll obligations to cover expenses incurred by the chapter 7 estate for administering the estate.

      Moreover, the certain of the Debtor's accounts receivable listed in Schedule A (Part 3, Questions 10-11) may be subject to off sets by certain account debtors.  However, the amount of off sets that account debtors may assert is presently unknown.

      <u>Schedule D: Creditors Holding Secured Claims</u>.  To the extent the value of the collateral securing a claim that is listed as secured is less that than the amount of the claim, the holder of the claim will have a general unsecured claim for the amount of the deficiency.  Although the Debtor has scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

      <u>Schedule E:  Creditors Holding Unsecured Priority Claims</u>.  Pursuant to an order of the Court, the Debtor has satisfied certain prepetition employee and tax related liabilities.  Nevertheless, schedule E identifies the name of the Debtor's employees who may have or may hold claims.

      <u>Schedule F:  Creditors Holding Unsecured Non-Priority Claims</u>.  The claims listed on Schedule F arose or were incurred on various dates.  For instance, suppliers of the Debtor may have supplied goods or services to the Debtor on multiple occasions and hold claims relating to the good or services supplied on each particular occasion.  Schedule F does not include potential rejection damages claims, if any, of counterparties to executory contracts or unexpired leases that may be rejected during the chapter 7 case.

<u>Schedule G: Executory Contracts and Unexpired Leases</u>.  Reference to any contract or lease on Schedule G includes any and all amendments, addendums, supplements or restatements to such contract or lease, whether or not specifically referred or separately listed thereon.  The Debtor may be party to certain agreements that have expired by their terms. Out of an abundance of caution, the Debtor may have listed such agreements on Schedule G.  The Debtor's inclusion of such contracts or agreements on Schedule G is not an admission that any such contract or agreement is an executory contract or unexpired lease.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Crowne Architectural Systems, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **17-13404** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, and an authorized agent of the corporation; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct to the best of my knowledge, information and belief:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

All of the above documents are subject to and qualified by the Global Notes filed simultaneously herewith.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

| Executed on | **March  7, 2017** | X */s/ Alexis Travalja* |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **Alexis Travalja** |
| | | Printed name |
| | | **President and Chief Executive Officer** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Crowne Architectural Systems, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **17-13404**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................   $    **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................   $    **12,542,365.53**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*...............................................................................   $    **12,542,365.53**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................   $    **4,870,214.36**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $    **278,509.28**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................   +$    **10,496,536.19**

4.  Total liabilities ....................................................................................................
   Lines 2 + 3a + 3b        $    **15,645,259.83**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Crowne Architectural Systems, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **17-13404**

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Operating** | **8111** | **$0.00** |
| 3.2. | **Bank of America** | **Payroll** | **9615** | ***$500,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | ***$500,000.00** |

* **This number represents an approximate balance**

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit
      **Security Deposits:**
      **Balance of security on Brooklyn, New York Apartment**
      **Balance of security on The Alexander**
      **Security Deposit on the Benzel-Busch Motor Car Corp. Lease, subject to compliance**
7.1.  **with the terms of the lease**                                                    | $58,285.00 |

| Debtor | **Crowne Architectural Systems, Inc.** | Case number *(if known)* **17-13404** |
|---|---|---|
| | Name | |

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Deposits/Escrow: Lien Bond Collateral** | **$148,718.00** |
|---|---|---|

| 8.2. | **Prepayments: (Taxes, Auto Insurance, GL Insurance, Workers Compensation, Legal, Pension, B&W)**<br>**See Schedule B8 attached hereto** | **$1,875,053.86** |
|---|---|---|

**9.**   **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$2,082,056.86**

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11.**   **Accounts receivable**

| 11a. | **8,556,514.44** | - | **Unknown** | = .... | **$8,556,514.44** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**   **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$8,556,514.44**

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below. **See Schedules B39 and B41 attached hereto.**

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

---

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Crowne Architectural Systems, Inc.**          Case number *(If known)* **17-13404**
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **See Schedule B39 (Office furniture and fixtures) attached hereto** | **Unknown** | | **Unknown** |
| 40. **Office fixtures** **See Schedule B39 (Office furniture and fixtures) attached hereto** | **Unknown** | | **Unknown** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **See Schedule B41 (Office equipment/communication equipment) attached hereto** | **Unknown** | | **Unknown** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **Unknown** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2016 Mercedes-Benz** | **$0.00** | | **$0.00** |
| 47.2.  **2017 Mercedes-Benz** | **$0.00** | | **$0.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Crowne Architectural Systems, Inc.** | Case number *(If known)* **17-13404** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **See Schedule B50 (Shop equipment, tools, heavy equipment, transportation equipment) attached hereto** | | **Unknown** | **$1,403,794.23** |

| 51. | **Total of Part 8.** | **$1,403,794.23** |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Lease for apartment located in Brooklyn, New York** | **Lessee** | **$0.00** | | **$0.00** |
| 55.2.   **Real property lease for Debtor's primary place of business including warehouse, parking lot and office space located at 4001 Dell Avenue, North Bergen, NJ 07047** | **Lessee** | **$0.00** | | **$0.00** |
| 55.3.   **Real property lease for storage facility located at 107 Trumbull Street, Building R, Units 1 & 11, and Building F, Unit 1 East, Elizabeth, NJ** | **Lessee** | **$0.00** | | **$0.00** |

| 56. | **Total of Part 9.** | **$0.00** |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Crowne Architectural Systems, Inc.** | Case number *(If known)* | **17-13404** |
|---|---|---|---|
| | Name | | |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

**The Debtor may have claims and causes of action against third parties, including but not limited to, the claims set forth in the pending litigation matters referred to in Part 3 of the Statement of Financial Affairs. The value of these claims is uncertain at this time.**

Official Form 206A/B                   Schedule A/B Assets - Real and Personal Property                   page 5

Debtor    **Crowne Architectural Systems, Inc.**                     Case number *(If known)* **17-13404**
　　　　　Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$500,000.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$2,082,056.86** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$8,556,514.44** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **Unknown** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,403,794.23** | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **12,542,365.53** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **12,542,365.53** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Crowne Architectural Systems, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **17-13404**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.1  Alexis Travalja**
Creditor's Name

**812 Arrow Lane
Ridgewood, NJ 07450**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
Various dates between 12/5/16 and 2/22/17**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Bank of America has first priority lien

Describe debtor's property that is subject to a lien
**Substantially all of Debtor's Assets**

Describe the lien
**Second Priority Lien**
Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,438,335.36**            **Unknown**

---

**2.2  Bank of America**
Creditor's Name

**Attn: President
70 Batterson Park Road
Farmington, CT 06032**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Substantially all of Debtor's assets**

Describe the lien
**First priority**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$991,908.00**            **Unknown**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Crowne Architectural Systems, Inc.**

Name

Case number (if know)    **17-13404**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Alexis Travalja has second priority lien

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Dell Financial Services** | Describe debtor's property that is subject to a lien | $55,270.00 | Unknown |

Creditor's Name

Describe debtor's property that is subject to a lien
**Certain computer equipment**

**Attn: President**
**Payment Processing**
**Services**
**PO Box 643561**
**Pittsburgh, PA 15264-3561**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Intec Funding Corp.** | Describe debtor's property that is subject to a lien | $212,212.00 | Unknown |

Creditor's Name

Describe debtor's property that is subject to a lien
**Certain tools and equipment**

**Attn: President**
**NW-8178**
**PO Box 1450**
**Minneapolis, MN**
**55485-8178**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Manufacturers Capital LLC** | Describe debtor's property that is subject to a lien | $172,489.00 | Unknown |

Creditor's Name

Describe debtor's property that is subject to a lien
**Certain machinery and equipment**

**Attn: President**
**414 Canal Street**
**New Smyrna Beach, FL**
**32168**

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Crowne Architectural Systems, Inc.** | | Case number (if know) | **17-13404** |
|---|---|---|---|---|
| | Name | | | |

| | | Is the creditor an insider or related party? |
|---|---|---|
| | | ☑ No |
| Creditor's email address, if known | | ☐ Yes |
| | | Is anyone else liable on this claim? |
| **Date debt was incurred** | | ☑ No |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| | Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$4,870,214.36** |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Intech Funding Corp.**<br>**Attn: President**<br>**201 E. Huntington Drive**<br>**Suite 201**<br>**Monrovia, CA 91016** | Line  **2.4** | |
| **William F. Saldutti, III, Esq.**<br>**Rebecca K. McDowell, Esq.**<br>**Attorneys for Bank of America**<br>**Saldutti Law Group**<br>**800 Kings Highway North**<br>**Suite 300**<br>**Cherry Hill, NJ 08034** | Line  **2.2** | |

---

**Fill in this information to identify the case:**

Debtor name **Crowne Architectural Systems, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known) **17-13404**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**See Schedule E attached hereto.**<br>**(Addresses will be provided)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $278,509.28 | $278,509.28 |
|  | Date or dates debt was incurred<br>**Within 10 days of petition date** | Basis for the claim:<br>**Wages and other compensation** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
|  |  |  | **Amount of claim** |
| 3.1 | Nonpriority creditor's name and mailing address<br>**360 Training.com, Inc.**<br>**Attn: Anna Bradford, General Counsel**<br>**13801 Burnett Road, Suite 100**<br>**Austin, TX 78727-1285** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $79.00 |
|  | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | Basis for the claim: _ <br>Is the claim subject to offset? ☑ No ☐ Yes |  |
| 3.2 | Nonpriority creditor's name and mailing address<br>**A Plus Installs LLC**<br>**249 Belleville Avenue, # 55D**<br>**Bloomfield, NJ 07003** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,500.00 |
|  | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | Basis for the claim: _ <br>Is the claim subject to offset? ☑ No ☐ Yes |  |

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (if known) | **17-13404** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,839.55** |
|---|---|---|---|

**A Porcel**
**286 Rider Avenue**
**Bronx, NY 10451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,270.25** |
|---|---|---|---|

**A&S Window Install**
**146 Jackson Avenue, 1st Floor**
**Staten Island, NY 10305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,377.87** |
|---|---|---|---|

**A.W. Meyer Co, Inc.**
**589 Broad Avenue**
**Ridgefield, NJ 07657**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,749.74** |
|---|---|---|---|

**Able Equipment Rental**
**1050 Grand Boulevard**
**Deer Park, NY 11729**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$142.53** |
|---|---|---|---|

**Accordant Co, LLC.**
**365 South Street**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$822.78** |
|---|---|---|---|

**Accurate Perforating**
**3636 South Kedzie Avenue**
**Chicago, IL 60632**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111,729.24** |
|---|---|---|---|

**AE Dynamics, LLC**
**37 Spanish Peak Drive**
**Bozeman, MT 59718**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,630.34** |
|---|---|---|---|

**All Fasteners USA**
**69 Orchard Street**
**Ramsey, NJ 07446**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (if known) | **17-13404** |
|---|---|---|---|
| | Name | | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$52,530.21** |
|---|---|---|---|

**Alpolic Materials**
**401 Volvo Parkway**
**Chesapeake, VA 23320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$119.96** |
|---|---|---|---|

**Amazon**
**Attn: David Zapolsky, General Counsel**
**410 Terry Avenue North**
**Seattle, WA 98109-5210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$549.75** |
|---|---|---|---|

**American Express Company**
**Attn: Laureen E. Seeger, General Counsel**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,495.02** |
|---|---|---|---|

**Archer & Greiner**
**One Centennial Square**
**Haddonfield, NJ 08033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$51,675.00** |
|---|---|---|---|

**Architectural Testing, Inc.**
**PO Box 419241**
**Boston, MA 02241-9241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,047.99** |
|---|---|---|---|

**Arco Steel Company**
**1422 Chestnut Avenue**
**Hillside, NJ 07205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$684.06** |
|---|---|---|---|

**AT & T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,365.06** |
|---|---|---|---|

**Atomic Fuel**
**21-01 Steinway Street**
**Astoria, NY 11105-1870**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Crowne Architectural Systems, Inc.** | Case number *(if known)* | **17-13404** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Attorney General of the US**
**Department of Justice**
**Constitution Ave and 10th St NW**
**Washington, DC 20530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00** |
|---|---|---|---|

**Avro Consult Engineering P.C.**
**740 West End Avenue, Suite 6**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,554.74** |
|---|---|---|---|

**B&B Sheet Metal**
**25-40 50th Avenue**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,300.00** |
|---|---|---|---|

**B&W Holdings LLC**
**Attn: Walter Travalja**
**4017 Dell Avenue**
**North Bergen, NJ 07047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,651.58** |
|---|---|---|---|

**Bank of America**
**Attn: President**
**70 Batterson Park Road**
**Farmington, CT 06032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,441.00** |
|---|---|---|---|

**BarVip Glass Corp.**
**6120 55th Drive**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,279.64** |
|---|---|---|---|

**Benzel-Busch Motor Car Corp.**
**Attn: President**
**28 Grand Avenue**
**Englewood, NJ 07631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Crowne Architectural Systems, Inc.** | | Case number *(if known)* | **17-13404** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,155.00** |
|---|---|---|---|
| | **Boston Valley Terra Cotta**<br>**6860 South Abbot Road**<br>**Orchard Park, NY 14127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,118.56** |
|---|---|---|---|
| | **Brightsmith Coaters**<br>**599 Ingham Avenue**<br>**Trenton, NJ 08638** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,055.54** |
|---|---|---|---|
| | **C.R. Laurence**<br>**Attn: Andrew Spooner CSI, CDT**<br>**2503 E. Vernon Avenue**<br>**Los Angeles, CA 90058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70,320.50** |
|---|---|---|---|
| | **Camaja and Sons Contracting Corp.**<br>**8555 Tonnelle Avenue, Unit 204**<br>**North Bergen, NJ 07047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,186.45** |
|---|---|---|---|
| | **Certified Steel Company**<br>**1333 Brunswick Pike, Suite 200**<br>**Lawrenceville, NJ 08648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,063.18** |
|---|---|---|---|
| | **CHB Industries**<br>**732 Nesconset Highway, Suite 104B**<br>**Smithtown, NY 11787** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$284.00** |
|---|---|---|---|
| | **City Underwriting Agency, Inc.**<br>**2001 Marclus Avenue, Suite W180**<br>**Lake Success, NY 11042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57,033.46** |
|---|---|---|---|
| | **City W & D, Inc.**<br>**85 Ridge Place**<br>**Wayne, NJ 07470** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Crowne Architectural Systems, Inc.** | Case number *(if known)* | **17-13404** |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $271.25 |
|---|---|---|---|

**Commissioner of Taxation and Finance**
**NYS Assessment Receivables**
**PO Box 4127**
**Binghamton, NY 13902-4127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $167.03 |
|---|---|---|---|

**Consolidated Edison, Inc.**
**Attn: Mary Kathryn Schutte, Gen Counsel**
**4 Irving Place, Room 700**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $51,108.55 |
|---|---|---|---|

**Construction Specialties, Inc.**
**PO Box 415278**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $139.34 |
|---|---|---|---|

**Crystal Springs**
**PO Box 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $304,141.32 |
|---|---|---|---|

**D.S. Specialties Inc.**
**2740 State Route 11**
**Mooers, NY 12958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,731.25 |
|---|---|---|---|

**De Stefano Engineering Group**
**40 Sarasota Center Boulevard**
**Suite 103**
**Sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $275.20 |
|---|---|---|---|

**Dean Office Solutions LLC**
**45 Park Place South, Suite 304**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (if known) | **17-13404** |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,325.86**

**Dell Financial Services**
**Attn: President**
**Payment Processing Services**
**PO Box 643561**
**Pittsburgh, PA 15264-3561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,358.56**

**DHL Express**
**16592 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$655.24**

**Distribution International**
**9000 Railwood Drive**
**Houston, TX 77078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$330,255.27**

**Doria Inc.**
**46-11 54th Avenue**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,393.70**

**Drexler Transportation, Inc.**
**12 N 288 Waughon Road**
**Hampshire, IL 60140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,860.00**

**DSNEY Building Services, Inc.**
**30-01 39th Avenue**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,250.00**

**Dunlop Access Systems**
**1 Pine Road**
**Exeter, NH 03833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,060.00**

**Dunn Co Safety LLC**
**46-39 11th Street**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (*if known*) | **17-13404** |
|---|---|---|---|
| | Name | | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,014.97 |
|---|---|---|---|

**E &T Plastic Manufacturing Comp.**
45-45 37th Street
Long Island Clty, NY 11101

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  [ ] Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48,421.14 |
|---|---|---|---|

**Eastern Metal Supply, Inc.**
2925 Stewart Creek Blvd
Charlotte, NC 28216

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  [ ] Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $678.41 |
|---|---|---|---|

**EasyPro Pond Products**
4835 E 110th Street
Grant, MI 49327

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  [ ] Yes

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $775.92 |
|---|---|---|---|

**Emmegi**
20 Murray Hill Parkway, Unit 120
East Rutherford, NJ 07073

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  [ ] Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|---|

**Engineering Express**
160 SW 12 Avenue, #106
Deerfield Beach, FL 33442

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  [ ] Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,094.00 |
|---|---|---|---|

**Express Recycling & Sanitation**
65 West Tryon Avenue
Teaneck, NJ 07666

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  [ ] Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,650.00 |
|---|---|---|---|

**Farabaugh Engineering and Testing**
401 Wide Drive
McKeesport, PA 15135-1021

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  [ ] Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $231.90 |
|---|---|---|---|

**Fastenal Company**
PO Box 1286
Winona, MN 55987

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  [ ] Yes

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (if known) | **17-13404** |
|---|---|---|---|
| | Name | | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22,299.78** |
|---|---|---|---|

**Feldman Lumber**
**1281 Metropolitan**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$132,773.77** |
|---|---|---|---|

**Fenste, Inc.**
**77-23 138th Street**
**Flushing, NY 11367**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$74,870.92** |
|---|---|---|---|

**First Insurance Funding Corp.**
**PO Box 7000**
**Carol Stream, IL 60197-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,600.00** |
|---|---|---|---|

**Focus Security Services, Inc.**
**98-32 57th Avenue, Apt. 10E**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,760.00** |
|---|---|---|---|

**Force Inc.**
**21 Harwich Road**
**East Rockaway, NY 11518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,998.83** |
|---|---|---|---|

**Freightquote.com, Inc.**
**PO Box 9121**
**Minneapolis, MN 55480-9121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$104,767.48** |
|---|---|---|---|

**Garvin Brown Construction Products**
**30-02 48th Avenue**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$109.21** |
|---|---|---|---|

**Global Industrial**
**29833 Network Place**
**Chicago, IL 60673-1298**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (if known) | **17-13404** |
|---|---|---|---|
| | Name | | |

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,292.62** |
|---|---|---|---|

**Grainger**
**Dept 869218362**
**Palatine, IL 60038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |
|---|---|---|---|

**Great Lakes Lifting Solutions**
**4910 Wilshire Boulevard**
**Country Club Hills, IL 60478**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,602.03** |
|---|---|---|---|

**GS Window Systems**
**280 Park Avenue South, #16M**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,984.19** |
|---|---|---|---|

**Hadco Metals**
**PO Box 13588**
**Philadelphia, PA 19178-1227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,419.68** |
|---|---|---|---|

**Hertz Equipment Rental**
**PO Box 650280**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,637.60** |
|---|---|---|---|

**Highlander Equipment Rentals, Inc.**
**110 Clyde Road**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,199.24** |
|---|---|---|---|

**Hilti Inc.**
**PO Box 382002**
**Pittsburg, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,926.00** |
|---|---|---|---|

**Hudson Machine Works**
**30 Branch Road**
**Brewster, NY 10509**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (if known) | **17-13404** |
|---|---|---|---|
| | Name | | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103,295.10** |
|---|---|---|---|

**Imperial Window Corp.**
**15 Browyer Court**
**Staten Island, NY 10308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$365.62** |
|---|---|---|---|

**Ingersoll Rand**
**15768 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,473.77** |
|---|---|---|---|

**Inline**
**14093 Balboa Boulevard**
**Sylmar, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,843.00** |
|---|---|---|---|

**Intech Funding Corp.**
**NW-8178**
**PO Box 1450**
**Minneapolis, MN 55485-8178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Intelligent Design Technology LLC**
**21143 Hawthorne Boulevard,  #274**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,354.04** |
|---|---|---|---|

**Interpane Glass**
**520 E Railroad Street**
**Clinton, NC 28328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,354.46** |
|---|---|---|---|

**J & S Supply**
**53-02 37th Street**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99,999.90** |
|---|---|---|---|

**J. Petrocelli Development Assoc.**
**100 Comac Street**
**Riverhead, NY 11901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (if known) | **17-13404** |
|---|---|---|---|
| | Name | | |

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,298.84**

**J.E Berkowitz**
**PO Box 427**
**Pedricktown, NJ 08067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$587.45**

**Jefric Consulting LLC**
**PO Box 174**
**Glen Rock, NJ 07452**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,140.75**

**Johnny on the Spot, LLC.**
**3168 Bordentown Avenue**
**Old Bridge, NJ 08857**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,455.26**

**Kaufman Dolowich & Voluck LLP**
**Attn: Andrew Richards, Esq.**
**135 Crossways Park Drive, Suite 201**
**Woodury, NY 11797**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,615.19**

**Kawneer Company Inc.**
**PO Box 360935**
**Pittsburg, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133.35**

**Kelmar Safety, Inc.**
**221 West Main Street**
**Greenfield, IN 46140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$328,214.90**

**Kenseal Construction Products Corp.**
**PO Box 416199**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$797,353.00**

**KFK Tehnika d.o.o**
**Dugoselska 5a, Rugvica**
**HR-10370**
**DUGO SELO**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (if known) | **17-13404** |
|---|---|---|---|
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$287,485.04**

**Krisro Metal Industries**
**60 Benfield Drive**
**St. Catherines**
**ONTARIO L2S 3V5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Basis for the claim: __

Last 4 digits of account number __
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,037.03**

**KWG Industries**
**330 Roycefield Road, Unit B**
**Hillsborough, NJ 08844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Basis for the claim: __

Last 4 digits of account number __
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,568.00**

**Liberty Perssonnel Services**
**410 Feheley Drive**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Basis for the claim: __

Last 4 digits of account number __
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$880.00**

**LIC Lot, LLC**
**23-02 42nd Road**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Basis for the claim: __

Last 4 digits of account number __
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,027.45**

**Lifting Gear Hire Corp**
**9925 S. Industrial Drive**
**Bridgeview, IL 60455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Basis for the claim: __

Last 4 digits of account number __
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89,300.00**

**Lifting Solutions Corp.**
**116 Beard Street**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Basis for the claim: __

Last 4 digits of account number __
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,952.99**

**Linetec**
**PO Box 71954**
**Chicago, IL 60694-1954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Basis for the claim: __

Last 4 digits of account number __
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,637.33**

**Long Island Tinsmith Supply Corp**
**76-11 88th Street**
**Glendale, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Basis for the claim: __

Last 4 digits of account number __
Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (if known) | **17-13404** |
|---|---|---|---|
| | Name | | |

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,734.91** |
|---|---|---|---|

**Lovell Safety Management Co, LLC**
**110 William Street, 12th Floor**
**New York, NY 10038-4949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$145.53** |
|---|---|---|---|

**Lowes Home Improvement**
**7801 Tonnelle Avenue**
**North Bergen, NJ 07047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$114,995.13** |
|---|---|---|---|

**Lychinidos LLC**
**104 Dewey Street, 2nd Floor**
**Garfield, NJ 07026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,982.82** |
|---|---|---|---|

**Lynch Metals**
**1061 Lousons Road**
**Union, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,800.00** |
|---|---|---|---|

**M & M Cleaning Services**
**219 Miller Avenue**
**Elmwood, NJ 7407-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,363.83** |
|---|---|---|---|

**Maintainco Incorporated**
**65 East Leuning Street**
**PO Box 1785**
**South Hackensack, NJ 07606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32.37** |
|---|---|---|---|

**Manhattan Steel**
**41 Garretson Avenue**
**Bayonne, NJ 07002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,349.32** |
|---|---|---|---|

**Manufacturers Capital LLC**
**Attn: President**
**414 Canal Street**
**New Smyrna Beach, FL 32168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (if known) | **17-13404** |
|---|---|---|---|
| | Name | | |

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262.79 |

**Marjam Supply Company**
**Attn: General Counsel/Legal Dept.**
**885 Conklin Street**
**Farmingdale, NY 11735-2400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,925.95 |

**Marr Scaffolding Company**
**1 D Street**
**South Boston, MA 02127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,349.05 |

**Master Craft Finishers, Inc.**
**30 West Jefryn Boulevard**
**Deer Park, NY 11729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,768.54 |

**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $666.80 |

**Merco Tape**
**201 Route 59**
**PO Box 875**
**Hillburn, NY 10931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,013.83 |

**Metfab Metals**
**560 Freeman Street**
**Orange, NJ 07050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235,004.00 |

**Midwest Curtain Wall, Inc.**
**5171 Grant Avenue**
**Cleveland, OH 44125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,662.59 |

**Milgo/Bufkin**
**68 Lombardy Street**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Crowne Architectural Systems, Inc.** | | Case number (if known) | **17-13404** |
|---|---|---|---|---|
| | Name | | | |

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,584.08** |
|---|---|---|---|

**Moreseen Corporation**
**61 Colin Court**
**Branchburg, NJ 08853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,920.29** |
|---|---|---|---|

**MSC Industrial Supply**
**75 Maxess Road**
**Melville, NY 11747-3151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$185,424.74** |
|---|---|---|---|

**Multavista**
**51 Lake Street, Unit 3C**
**Nashua, NH 03060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.10** |
|---|---|---|---|

**National Grid**
**PO Box 11741**
**Newark, NJ 07101-9839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$94,226.92** |
|---|---|---|---|

**NES Rentals**
**PO Box 205572**
**Dallas, TX 75320-5572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**New York State Department of Labor**
**Unemployment Insurance Division**
**Harriman State Office Campus**
**Albany, NY 12240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**New York State Department of Labor**
**Attn: Mr. Paul Reynolds, Jr.**
**Harriman State Office Campus**
**Bldg 12, Room 32**
**Albany, NY 12240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (if known) | **17-13404** |
|---|---|---|---|
| | Name | | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**New York State Department of Labor**
**Attn: Marlene Valdes, Legal Assistant**
**Harriman State Office Campus**
**Bldg. 12, Room 5**
**Albany, NY 12240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**New York State Department of Labor**
**Attn: Stephanie Stashenko, Sr. U.I.**
**Harriman State Office Campus**
**Albany, NY 12240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.38 |
|---|---|---|---|

**NJ Locksmith & Door Service**
**713 Kennedy Boulvard**
**North Bergen, NJ 07047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NJ Office of the Attorney General**
**Attn: Bankruptcy Notice Section**
**RJ Hughes Justice Complex**
**Trenton, NJ 08625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.51 |
|---|---|---|---|

**Northeast Gas Services**
**27 McDermott Place**
**Bergenfield, NJ 07621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,234.81 |
|---|---|---|---|

**Nu-Age Industries**
**2 Blue Hill Plaza**
**Concourse Level**
**Pearl River, NY 10965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,561.54 |
|---|---|---|---|

**NY State Insurance Fund**
**PO Box 5238**
**New York, NY 10008-5238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (if known) | **17-13404** |
|---|---|---|---|
| | Name | | |

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NYC Dept. of Finance**
**Bankruptcy Unit**
**345 Adams Street, 10th Floor**
**Great Neck, NY 11021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** For Notice Purposes Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NYS Dept of Taxation & Finance**
**Attn: Bankruptcy Section**
**Harriman State Office Campus**
**Albany, NY 12200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** For Notice Purposes Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,945.68** |
|---|---|---|---|

**Office Depot**
**PO Box 630813**
**Cincinnati, OH 45263-0813**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,127.97** |
|---|---|---|---|

**Old Castle BE**
**12755 Boul. Industriel**
**Montreal, CANADA H1A 4Z6**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,611.36** |
|---|---|---|---|

**OldCastle Building Envelope New Jersey**
**PO Box 414792**
**Boston, MA 02241-4792**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130,344.21** |
|---|---|---|---|

**Oldcastle Building Envelope New York**
**895 Motor Parkway**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,391.43** |
|---|---|---|---|

**OldCastle Building Envelope Ohio**
**291 M Street**
**Perrysburg, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,467.31** |
|---|---|---|---|

**Omni Fab, Inc.**
**822 Anderson Street**
**New Kensington, PA 15068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (if known) | **17-13404** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,755.39** |
| | **One Stop Digital** | ☐ Contingent | |
| | **80 McGuiness Boiulevard** | ☐ Unliquidated | |
| | **South Brooklyn, NY 11222** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,121.57** |
| | **Optimum Window Manufacturing** | ☐ Contingent | |
| | **28 Canal Street** | ☐ Unliquidated | |
| | **Ellenville, NY 12428** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,000.00** |
| | **Opus Career Management Inc** | ☐ Contingent | |
| | **70 Hudson street, 3rd Floor** | ☐ Unliquidated | |
| | **Hoboken, NJ 07030** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$88,166.15** |
| | **Oxford Health Plans** | ☐ Contingent | |
| | **PO Box 1697** | ☐ Unliquidated | |
| | **Newark, NJ 07101** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,584.22** |
| | **PAC-VAN, INC.** | ☐ Contingent | |
| | **75 Remittance Drive, Suite 3300** | ☐ Unliquidated | |
| | **Chicago, IL 60675-8778** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,628.75** |
| | **Pacific Funds** | | |
| | **Attn: Office of the General Counsel** | ☐ Contingent | |
| | **PO Box 9000** | ☐ Unliquidated | |
| | **Newport Beach, CA 92658-9030** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,607.86** |
| | **Pacific Life** | | |
| | **Attn: Office of the General Counsel** | ☐ Contingent | |
| | **PO Box 9000** | ☐ Unliquidated | |
| | **Newport Beach, CA 92658-9030** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,950.00** |
| | **Peerless Coatings** | ☐ Contingent | |
| | **PO Box 519** | ☐ Unliquidated | |
| | **Hawthorne, NJ 07507** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (if known) | **17-13404** |
|---|---|---|---|
| | Name | | |

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$201,603.39** |
|---|---|---|---|

**Platinum Construction**
**8004 62nd Street**
**Glendale, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$73,314.00** |
|---|---|---|---|

**Posses & Chasan CPA's PLLC**
**100 North Centre Avenue**
**New York, NY 11570**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$259.73** |
|---|---|---|---|

**Praxair Dist Mid-Atlantic**
**425 Avenue P**
**Newark, NJ 07105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$16,079.50** |
|---|---|---|---|

**Precision Metal & Glass**
**117 68th Street, Suite 1**
**Guttenberg, NJ 07093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,550.00** |
|---|---|---|---|

**Premier Logistics, Inc.**
**PO Box 605**
**Rahway, NJ 07065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$96,597.08** |
|---|---|---|---|

**Pride Equipment**
**150 Nassau Avenue**
**Islip, NY 11751**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$7,562.38** |
|---|---|---|---|

**Quinlan & Associates**
**9 Greaves Place**
**Cranford, NJ 07016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$18,577.40** |
|---|---|---|---|

**Reliable Products**
**1300 Enterprise Road**
**PO Box 580**
**Geneva, AL 36340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (if known) | **17-13404** |
|---|---|---|---|
| | Name | | |

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21,734.50 |
|---|---|---|---|

**Robinson Brog Leinwand Green Genovese**
**875 Third Avenue, 9th Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $895.62 |
|---|---|---|---|

**Rochester Insulated Glass**
**73 Merrick Circle**
**PO Box 168**
**Manchester, NY 14504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,068.30 |
|---|---|---|---|

**Rodriguez Glass & Tempering**
**4501 Dell Avenue**
**North Bergen, NJ 07047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $54,016.50 |
|---|---|---|---|

**Roman Contractors, Inc.**
**PO Box 11**
**Plainfield, NJ 07061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,395.44 |
|---|---|---|---|

**Safari Telecom, Inc.**
**1 South Corporate Drive**
**Riverdale, NJ**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $151,332.00 |
|---|---|---|---|

**SaftiFirst**
**325 Newhall Street**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27,676.00 |
|---|---|---|---|

**Savino Del Bene USA**
**149-10 183rd Street**
**Jamaica, NY 11413**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,288.58 |
|---|---|---|---|

**Sentech Architectural Systems, LLC**
**4509 Freidrich Lane, Suite 102**
**Austin, TX 78744**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Crowne Architectural Systems, Inc.** | Case number *(if known)* | **17-13404** |
|---|---|---|---|
| | Name | | |

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110,369.12** |
|---|---|---|---|

**Smiley Lifting Solutions**
**5326 W Mohave Street**
**Phoenix, AZ 85043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188,400.00** |
|---|---|---|---|

**Sobotec**
**67 Burford Road**
**Hamilton**
**ONTARIO L8E 3C6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,397.50** |
|---|---|---|---|

**Somerset Hills Towing**
**19 Finderne Avenue**
**Bridgewater, NJ 08807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,007.61** |
|---|---|---|---|

**Spectrum Metal Finishing, Inc.**
**535 Bev Road**
**Youngstown, OH 44512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,463.83** |
|---|---|---|---|

**Spider, LLC.**
**PO Box 1450**
**Minneapolis, MN 55485-5547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39.20** |
|---|---|---|---|

**Stanley Supply & Tool**
**PO Box 997**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**State of New Jersey Div of Employer Acct**
**Attn: Bankruptcy Unit**
**PO Box 379**
**Trenton, NJ 08625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,977.88** |
|---|---|---|---|

**Stearns Bank**
**PO Box 750**
**Albany MN, MN 56307-0750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (if known) | **17-13404** |
|---|---|---|---|
| | Name | | |

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,320.38**

**Sterling Securitites**
**466 Bloomfield Avenue, 2nd Floor**
**Newark, NJ 07107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$76,501.50**

**Stuart Dean**
**43-50 10th Street**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,656.08**

**Suburban Propane**
**PO Box 290**
**Whippany, NJ 07981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,088.71**

**Sunshine Builders LLC**
**14 Wood Street**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$477,636.95**

**Tanner Bolt & Nut Corp.**
**PO Box 28657**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$478.53**

**TBP Philly, Inc.**
**400 Thoms Drive, Suite 411**
**Phoenixville, PA 19460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,020.89**

**Tecnoglass**
**10653 NE Quaybridge Ct**
**Miami, FL 33138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,317.75**

**The Airolite Company**
**BIN 145**
**Milwaukee, WI 53288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (if known) | **17-13404** |
|---|---|---|---|
| | Name | | |

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$520.89** |
|---|---|---|---|

**Tool-Krib Supply Co.**
**PO Box 6064**
**787 Passaic Avenue**
**West Caldwell, NJ 07006**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$122.91** |
|---|---|---|---|

**Top Class Installations**
**93 Madison Avenue**
**Franklin Square, NY 11010**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37,699.14** |
|---|---|---|---|

**Total Quality Logistics**
**PO Box 634558**
**Cincinnati, OH 45263-4558**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,201.43** |
|---|---|---|---|

**TRB Electro Corporation**
**6 Morris Street**
**Paterson, NJ 07501**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,794.24** |
|---|---|---|---|

**Tri-Lift**
**2035 New Highway**
**Farmingdale, NY 11735**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,976.77** |
|---|---|---|---|

**Trulite Glass Atlanta**
**PO Box 935480**
**Atlanta, GA 31193-5480**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$68,194.46** |
|---|---|---|---|

**Trulite Glass Canada**
**20 Royal Group Crescent**
**Woodbridge**
**ONTARIO L4H 1X9**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500.00** |
|---|---|---|---|

**TSC Training**
**2 Cortlandt Street, 2nd Floor**
**New York, NY 10007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Crowne Architectural Systems, Inc.** | Case number (if known) | **17-13404** |
|---|---|---|---|
| | Name | | |

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,008.15** |
|---|---|---|---|

**Uline Shipping Supplies**
**PO Box  88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**United States Attorney's Office**
**District of New Jersey**
**970 Broad Street**
**Newark, NJ 07102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:  For Notice Purposes Only**

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,915.73** |
|---|---|---|---|

**US Customs**
**149-10 183rd Street**
**Jamaica, NY 11413**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$482.04** |
|---|---|---|---|

**USA Security Services, Inc.**
**240 Frisch Court, Suite 303**
**Paramus,, NJ 07652**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$573.42** |
|---|---|---|---|

**USIS**
**35 W. Jefferson Avenue**
**Pearl River, NY 10965**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$264.85** |
|---|---|---|---|

**Verizon**
**PO Box 4833**
**Trenton, NJ 08650-4833**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,598.15** |
|---|---|---|---|

**Viracon**
**PO Box 86**
**Minneapolis, MN 55486-0570**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,169.00** |
|---|---|---|---|

**Wakefield Equipment**
**27850 Rexford Avenue**
**Cleveland, OH 44140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Crowne Architectural Systems, Inc.**
_____
Name

Case number (if known)    **17-13404**
_____

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,008,676.91 |

**Wausau Window & Wall System**
**PO Box 74747**
**Chicago, IL 60694-4747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,850.00 |

**Wilson Engineers**
**411 Glenbrook Court**
**Stroudsburg, PA 18360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.25 |

**Winston Rutherford NJ**
**122 East 42nd Street**
**New York, NY 10168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,020.00 |

**Wonder Fire Protection Inc.**
**327 Elm Avenue**
**Bogota, NJ 07603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149,236.86 |

**Wrisco Industries**
**21 Executive Avenue**
**Edison, NJ 08817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,760.17 |

**Yarde Metals, Inc.**
**PO Box 781227**
**Philadelphia, PA 19178-1227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,492.01 |

**YKK AP America, Inc.**
**P.O. Drawer 100497**
**Atlanta, GA 30384-0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor    **Crowne Architectural Systems, Inc.**
          <sub>Name</sub>

Case number (if known)    **17-13404**

---

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **278,509.28** |
| **5b. Total claims from Part 2** | 5b. + $ | **10,496,536.19** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **10,775,045.47** |

**Fill in this information to identify the case:**

Debtor name      **Crowne Architectural Systems, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **17-13404**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lessee under lease for apartment located in Brooklyn, New York** | |
| State the term remaining | **Month to month** | **1425 Realty LLC Attn: President PO Box 190242 Brooklyn, NY 11219** |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lessee under lease for real property located at 4001 Dell Avenue, North Bergen, NJ 07047 Expires 12/31/2020** | |
| State the term remaining | | **B&W Holdings LLC Attn: Walter Travalja 4017 Dell Avenue North Bergen, NJ 07047** |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Auto Lease VIN: 4JGDF6EE3HA738416** | |
| State the term remaining | **Expires 5/20/18** | **Benzel-Busch Motor Car Corp. Attn: President 28 Grand Avenue Englewood, NJ 07631** |
| List the contract number of any government contract | | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Auto Lease VIN: WDDYJAJA4GA000560** | |
| State the term remaining | **Expires 3/20/19** | **Benzel-Busch Motor Car Corp. Attn: President 28 Grand Avenue Englewood, NJ 07631** |
| List the contract number of any government contract | | |

| Debtor 1 | **Crowne Architectural Systems, Inc.** | | Case number *(if known)* | **17-13404** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee under Agreement and Subscrption Support Services Agreement for Cannon Printer** | |
|---|---|---|---|
| | State the term remaining | | **Canon Solutions America, Inc.**<br>**Attn: President**<br>**300 Commerce Square Blvd.**<br>**Burlington, NJ 08016** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee under lease for Komatsu FG25T-16 Fork Lift, Serial No. A412189 and Komatsu FG25T-16 Fork Lift, Serial No. A412329** | |
|---|---|---|---|
| | State the term remaining | | **De Lage Landen**<br>**Attn: President**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee under Contract for Dell Tablet Package** | |
|---|---|---|---|
| | State the term remaining | | **Dell Financial Services**<br>**Attn: President**<br>**Payment Processing Services**<br>**PO Box 643561**<br>**Pittsburgh, PA 15264-3561** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee under real property lease for warehouse located at 107 Trumbull Street, Building R, Units 1 & 11, Elizabeth, NJ and Building F, Unit 1 East.** | |
|---|---|---|---|
| | State the term remaining | | **Elizabeth Industrial Park, LLC**<br>**c/o Palin Enterprises**<br>**Attn: President**<br>**235 Park Avenue South, 8th Floor**<br>**New York, NY 10003-1405** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee under Equipment Leases for AXYZ Model 5018, Serial No. MC14921-4811; Emmegi Phantomatic T3 A, Serial No. C118753; and  Emmegi Precision T2, Serial No. C118577** | |
|---|---|---|---|
| | State the term remaining | | **Intec Funding Corp.**<br>**Attn: President**<br>**201 East Huntington Drive**<br>**Suite 201**<br>**Monrovia, CA 91016** |

| Debtor 1 | **Crowne Architectural Systems, Inc.** | | Case number *(if known)* | **17-13404** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee under Equipment Lease for Fox Machinery Accurpress Model 713012; Accurshear Model 625012; and Lite Hydraulic Notcher** | |
|---|---|---|---|
| | State the term remaining | | **Manufacturers Capital LLC Attn: President 414 Canal Street New Smyrna Beach, FL 32168** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee under Equipment Finance Agreements for: Skyjack SJ111 3220 Electric Scissor Lift; (3) Skyjack 3219 Electric Scissor Lifts and (2) Skyjack 3219 Electric Scissor Lifts** | |
|---|---|---|---|
| | State the term remaining | | **Marlin Business Bank Attn: President 2795 E. Cottonwood Parkway Suite 120 Salt Lake City, UT 84121** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee under Vehicle Operating and Service Agreement for Hino Model 338A-33k GVW 24 ft Flat-Bed Truck** | |
|---|---|---|---|
| | State the term remaining | | **Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services Attn: President 11690 N.W. 105th Street Miami, FL 33178** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Crowne Architectural Systems, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **17-13404** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Alexis Travalja** | **812 Arrow Lane**<br>**Ridgewood, NJ 07450** | **Benzel-Busch Motor Car Corp.** | ☐ D _____<br>☐ E/F _____<br>☑ G __See section 2.4__ |

### SCHEDULE B8 - Prepayments
### Crowne Architectural Systems/Case No. 17-13404

| Record# | Trans# | Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| **1400 Prepaid Taxes** | | | | | **Balance Forward:** | **97,970.00** |
| 14340 | 3142016 | 03/14/2016 | NYC Tax Return | 10,000.00 | | 107,970.00 |
| 14396 | 3162016 | 03/16/2016 | NYS Corp Tax Pmt | 3,155.00 | | 111,125.00 |
| 16618 | 4182016 | 04/18/2016 | NJ Income Tax Pmt | 500.00 | | 111,625.00 |
| 16660 | 4202016 | 04/20/2016 | NJ Income Tax Pmt | | 500.00 | 111,125.00 |
| 17862 | Extension | 05/12/2016 | Extension PMT 2015 | 500.00 | | 111,625.00 |
| 24009 | JE 41 | 06/30/2016 | record current tax provision | | 9,031.00 | 102,594.00 |
| 25275 | 2015- OP-4 | 09/15/2016 | 2015 CT Taxes/Form C | 250.00 | | 102,844.00 |
| | | | **Totals:** | **14,405.00** | **9,531.00** | **102,844.00** |
| **1410 Prepaid Property Tax** | | | | | **Balance Forward:** | **0.00** |
| | | | **Totals:** | **0.00** | **0.00** | **0.00** |
| **1420 Prepaid Insurance-Auto** | | | | | **Balance Forward:** | **0.00** |
| 18795 | JE 4-1 | 04/26/2016 | reclass mispost | 7,857.60 | | 7,857.60 |
| 19235 | 2c8762 2:9 | 05/27/2016 | Auto Install 2:9 | 3,527.43 | | 11,385.03 |
| 20821 | 2C8762 3: | 06/27/2016 | Auto Install 3:9 | 3,029.45 | | 14,414.48 |
| 23210 | 2C8762 | 07/27/2016 | Auto Install 4:9 | 3,029.45 | | 17,443.93 |
| 23358 | JE/6/8 | 06/30/2016 | Reclass Mispost | 380.00 | | 17,823.93 |
| 23690 | JE 6-25 | 06/30/2016 | Exp 1.5 Mos Auto Insurance | | 3,724.88 | 14,099.05 |
| 24711 | 2c8762 6:9 | 08/29/2016 | Auto Intall 6:9 | 3,029.45 | | 17,128.50 |
| 26189 | 2C8762 7: | 09/26/2016 | Auto Install 7:9 | 3,035.45 | | 20,163.95 |

| | | | SCHEDULE B8 - Prepayments | | | |
|---|---|---|---|---|---|---|
| | | | Crowne Architectural Systems/Case No. 17-13404 | | | |
| 28460 | 2C8762 8:1 | 10/27/2016 | Auto Install 8:9 | 3,027.46 | | 23,191.41 |
| 31184 | 8:9 | 11/28/2016 | Auto install 8:9 | 3,027.46 | | 26,218.87 |
| 32969 | 2c8762 9:9 | 12/27/2016 | Auto Install 9:9 | 3,027.25 | | 29,246.12 |
| | | | Totals: | 32,971.00 | 3,724.88 | 29,246.12 |
| | | | | | | |
| 1430 Prepaid GL Insur. | | | | | Balance Forward: | 332,293.50 |
| | | | | | | |
| 18270 | Down Pym | 05/23/2016 | GL Down Pymt | 74,870.46 | | 407,163.96 |
| 18666 | JE 5-1 | 05/15/2016 | Record GL Note | 808,339.84 | | 1,215,503.80 |
| 19233 | Install 1:11 | 06/01/2016 | Install 1:11 | 74,870.46 | | 1,290,374.26 |
| 20820 | Intall 2:11 | 07/01/2016 | Install 2:11 | 74,870.46 | | 1,365,244.72 |
| 22926 | Install 3:11 | 07/28/2016 | Install 3:11 | 74,870.46 | | 1,440,115.18 |
| 23636 | JE 6-12 | 06/30/2016 | Reclass GL Pymt | | 74,870.46 | 1,365,244.72 |
| 23654 | JE 6-12 | 06/30/2016 | Expense Opening PPD GL Insur | | 332,293.50 | 1,032,951.22 |
| | | | Totals: | 1,107,821.68 | 407,163.96 | 1,032,951.22 |
| | | | | | | |
| 1435 Prepaid Workers Comp. | | | | | Balance Forward: | 113,011.45 |
| | | | | | | |
| 14093 | 51311406 | 02/01/2016 | Monthly Bill | 35,830.80 | | 148,842.25 |
| 14105 | 1730871T | 03/02/2016 | NJ WC Bal of 40% Dep | 4,062.40 | | 152,904.65 |
| 14159 | G2040163 | 02/01/2016 | NYSIF-Install | 17,599.36 | | 170,504.01 |
| 16078 | 51592248 | 04/01/2016 | NYSIF- Install | 5,669.40 | | 176,173.41 |
| 16865 | 1769682 | 04/19/2016 | NJ WC- Install | 9,063.20 | | 185,236.61 |
| 17569 | 51731301 | 05/02/2016 | NYSIF-Install 11/11 | 11,473.05 | | 196,709.66 |
| 18659 | JE 1-1 | 01/31/2016 | Reclass WC Pymts | 17,938.94 | | 214,648.60 |
| 18659 | JE 1-1 | 01/31/2016 | Reclass WC Pymts | 14,064.00 | | 228,712.60 |
| 19458 | 51876665 | 06/01/2016 | Renewal - Instal 1 & A | 59,730.29 | | 288,442.89 |
| 21188 | 52026195 | 07/01/2016 | WC Install 1:11 | 36,738.98 | | 325,181.87 |
| 22112 | 1824292 | 07/18/2016 | NJ WC- Install 2 | 9,063.20 | | 334,245.07 |
| 22493 | 8022017 | 08/02/2016 | WC Audit - Refund | | 1,442.00 | 332,803.07 |

| | | | SCHEDULE B8 - Prepayments | | | |
|---|---|---|---|---|---|---|
| | | | Crowne Architectural Systems/Case No. 17-13404 | | | |
| 22494 | 8022016 | 08/02/2016 | WC Audit - Refund | | 2,543.00 | 330,260.07 |
| 22925 | 52159637 | 08/01/2016 | WC Install 2:11 | 14,898.22 | | 345,158.29 |
| 24828 | 52309104 | 09/01/2016 | WC Install 3:11 | 11,765.59 | | 356,923.88 |
| 26686 | 52448409 | 10/03/2016 | WC Install 4:11 | 11,765.59 | | 368,689.47 |
| 27600 | 1878454 & | 10/18/2016 | NJ WC- Install 3 | 8,608.20 | | 377,297.67 |
| 29155 | 52582838 | 11/01/2016 | WC Install 5:11 | 11,765.59 | | 389,063.26 |
| 31451 | G2040163 | 12/01/2016 | WC Install 6:11 | 11,765.59 | | 400,828.85 |
| 32033 | Renewal In | 12/16/2016 | NJ WC- 25% deposit | 10,614.75 | | 411,443.60 |
| | | | **Totals:** | **302,417.15** | **3,985.00** | **411,443.60** |
| **1437 Prepaid Legal** | | | | | **Balance Forward:** | **0.00** |
| 21220 | Retainer | 07/11/2016 | Kaufman-Retainer | 5,000.00 | | 5,000.00 |
| | | | **Totals:** | **5,000.00** | **0.00** | **5,000.00** |
| **1440 Prepaid Pension** | | | | | **Balance Forward:** | **111,803.00** |
| 24004 | JE 6 39 | 06/30/2016 | record pension exp DB at 6/30/ | | 58,772.00 | 53,031.00 |
| | | | **Totals:** | **0.00** | **58,772.00** | **53,031.00** |
| **1450 Due from B&W** | | | | | **Balance Forward:** | **33,149.73** |
| 14164 | Contract | 03/09/2016 | B & W- Fire | 26,720.00 | | 59,869.73 |
| 14250 | oc4794 | 02/08/2016 | B&W Package Policy | 2,071.04 | | 61,940.77 |
| 14473 | oc4794 3/ | 03/08/2016 | B&W Package Policy | 2,077.04 | | 64,017.81 |
| 14886 | 4200 | 03/09/2016 | Repair of damaged ro | 4,400.00 | | 68,417.81 |
| 16465 | Advance | 04/18/2016 | Advance | 6,000.00 | | 74,417.81 |
| 16466 | oc4794-Ap | 04/01/2016 | b&w Package Policy- A | 2,069.85 | | 76,487.66 |
| 16514 | B&H R/E T | 04/18/2016 | B&H R/E Tax 193000 | 14,629.15 | | 91,116.81 |

| | SCHEDULE B8 - Prepayments | | | | | |
|---|---|---|---|---|---|---|
| | Crowne Architectural Systems/Case No. 17-13404 | | | | | |
| 17269 | 4/20/16 | 05/03/2016 | Electrical Design | 6,000.00 | | 97,116.81 |
| 17279 | 2c8762 1 c | 04/26/2016 | Auto Install 1:9 | 7,857.60 | | 104,974.41 |
| 17932 | OC4794-N | 05/09/2016 | B&W Package Policy- | 2,069.85 | | 107,044.26 |
| 18593 | Advance | 04/18/2016 | Adv for MTG | 8,300.00 | | 115,344.26 |
| 18686 | B & H R/E | 05/31/2016 | B &H R/E Tax | 20,507.85 | | 135,852.11 |
| 18795 | JE 4-1 | 04/26/2016 | reclass mispost | | 7,857.60 | 127,994.51 |
| 19107 | JE 2-2 | 02/05/2016 | reclass License | 1,115.00 | | 129,109.51 |
| 19118 | 611320 | 02/15/2016 | B&W Special | 11,785.00 | | 140,894.51 |
| 19706 | oc4794-Ju | 06/08/2016 | B& W Package Policy- | 2,069.85 | | 142,964.36 |
| 19901 | B&H- Perm | 06/16/2016 | Permits | 8,094.00 | | 151,058.36 |
| 20247 | 14340 | 06/13/2016 | Warehouse Sprinkler | 980.00 | | 152,038.36 |
| 20665 | Advance | 06/30/2016 | Adv of Mtg | 8,300.00 | | 160,338.36 |
| 21569 | 117247 | 07/14/2016 | Warehouse concrete | 18,232.80 | | 178,571.16 |
| 21749 | OC4794-Ju | 07/08/2016 | B&W Pkg Policy-July | 2,069.85 | | 180,641.01 |
| 21772 | 4044579 | 04/08/2016 | Legal | 262.50 | | 180,903.51 |
| 21773 | 4048755 | 05/12/2016 | Legal | 112.50 | | 181,016.01 |
| 21774 | 4035767 | 02/13/2016 | Legal | 347.50 | | 181,363.51 |
| 21775 | 4038116 | 02/05/2016 | Legal | 470.00 | | 181,833.51 |
| 21985 | Advance | 07/21/2016 | Adv for Mtg | 8,300.00 | | 190,133.51 |
| 22934 | 8042016 | 08/04/2016 | Paint for warehouse | 8,067.74 | | 198,201.25 |
| 22945 | 2623 | 08/05/2016 | Garage - Roof - Repair | 3,400.00 | | 201,601.25 |
| 22946 | 4815 | 08/05/2016 | B&W water | 4,850.00 | | 206,451.25 |
| 22947 | 4814 | 08/05/2016 | B&W Air/Electric Line | 8,000.00 | | 214,451.25 |
| 23331 | August Exp | 08/12/2016 | Paint 4001 Dell | 1,013.03 | | 215,464.28 |
| 23398 | 0C4794 | 08/08/2016 | Auto 5:9 | 2,069.72 | | 217,534.00 |
| 23439 | RE Tax B& | 08/17/2016 | RE Tax B&W Q3 | 18,241.00 | | 235,775.00 |
| 23652 | 8192016 | 08/19/2016 | warehouse bathroom | 401.75 | | 236,176.75 |
| 23661 | JE 6-17 | 06/30/2016 | B&W Rent Accrual | | 102,000.00 | 134,176.75 |
| 23718 | 8232016 | 08/23/2016 | refund from Tanis Concrete | | 2,279.10 | 131,897.65 |
| 23991 | 34001413 | 08/15/2016 | Sewer | 0.06 | | 131,897.71 |
| 23992 | 34001413 | 08/15/2016 | Sewer | 211.96 | | 132,109.67 |
| 24079 | Advance | 08/29/2016 | Adv for Mtg | 8,300.00 | | 140,409.67 |

**SCHEDULE B8 - Prepayments**

**Crowne Architectural Systems/Case No. 17-13404**

| | | | | | | |
|---|---|---|---|---|---|---|
| 24470 | 0705 | 09/01/2016 | Special Scheduling Co | 17,248.00 | | 157,657.67 |
| 24763 | 0704 | 08/08/2016 | Special Scheduling Co | 2,590.00 | | 160,247.67 |
| 24965 | 4060443 | 09/06/2016 | Legal | 1,034.00 | | 161,281.67 |
| 25447 | 9520 | 09/12/2016 | Garage - Roof - Repair | 3,400.00 | | 164,681.67 |
| 25699 | Advance | 09/27/2016 | Adv for Mtg | 8,300.00 | | 172,981.67 |
| 26469 | 1042016 | 10/06/2016 | Enviormental testing | 1,500.00 | | 174,481.67 |
| 27709 | Nov Advar | 10/26/2016 | Advance MTG | 8,300.00 | | 182,781.67 |
| 27781 | RE Tax B& | 10/26/2016 | RE Tax B&W-Q4 2016 | 15,056.93 | | 197,838.60 |
| 27782 | RE Tax B& | 10/26/2016 | RE Tax B&W-Q4 2016 | 3,184.06 | | 201,022.66 |
| 28386 | 2017 Polic | 10/06/2016 | B&W Flood Insurance | 6,893.00 | | 207,915.66 |
| 28387 | 2017 Polic | 10/06/2016 | B&W Flood Insurance | 1,610.00 | | 209,525.66 |
| 29704 | Dec Advar | 11/25/2016 | Adv for Mtg | 8,300.00 | | 217,825.66 |
| 31001 | 34001413 | 11/28/2016 | Sewer | 10.62 | | 217,836.28 |
| 31002 | 34001413 | 11/28/2016 | Sewer | 791.22 | | 218,627.50 |
| 31473 | Jan Advan | 12/16/2016 | Adv for Mtg | 8,300.00 | | 226,927.50 |
| 31985 | 54902 | 12/22/2016 | Concrete 12/22 | 930.90 | | 227,858.40 |
| 31987 | 12/22/16 | 12/22/2016 | Concrete | 815.00 | | 228,673.40 |
| 34256 | 4069279 | 12/07/2016 | Legal Biennial Inspec | 960.00 | | 229,633.40 |
| 34257 | 4064303 | 10/13/2016 | Legal Env. | 470.00 | | 230,103.40 |
| 34258 | 4067540 | 11/14/2016 | Legal Env. | 3,065.02 | | 233,168.42 |
| 34587 | 3C7406 | 12/28/2016 | Commercial Package | 7,369.50 | | 240,537.92 |
| | | | **Totals:** | 319,524.89 | 112,136.70 | 240,537.92 |
| | | | **Grand Total:** | 1,782,139.72 | 595,313.54 | 1,875,053.86 |

**Schedule B11 - Accounts Receivable**
**Crowne Architectural Systems/Case No. 17-13404**

| Record# | Invoice# | Due Date | Balance | Retained | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91+ | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| **158** | **100 West 37th Street** | | | | | | | | | |
| 308 | App 1 | 08/24/2015 | 34,323.00 | | | | | | 34,323.00 | 34,323.00 |
| 688 | Req 2 | 09/30/2015 | 79,762.00 | | | | | | 79,762.00 | 79,762.00 |
| | | **Job Totals:** | **114,085.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **114,085.00** | **114,085.00** |
| **165** | **101 Pennsylvania Avenue** | | | | | | | | | |
| 723 | Req 1 Pencil | 03/01/2016 | 13,649.90 | 13,649.90 | | | | | | 0.00 |
| 792 | Req 2 | 03/30/2016 | 4,123.35 | 4,123.35 | | | | | | 0.00 |
| 825 | Req 3 | 04/30/2016 | 15,482.50 | 15,482.50 | | | | | | 0.00 |
| 861 | Req 4 | 05/30/2016 | 28,745.70 | 28,745.70 | | | | | | 0.00 |
| 924 | Req 5 | 06/30/2016 | 50,580.53 | 50,580.53 | | | | | | 0.00 |
| 947 | Req 6 | 07/30/2016 | 64,396.58 | 64,396.58 | | | | | | 0.00 |
| 984 | Req 7 | 08/30/2016 | 43,358.82 | 43,358.82 | | | | | | 0.00 |
| 1033 | Req 8 | 09/30/2016 | 138,220.43 | 138,175.12 | | | | | 45.31 | 45.31 |
| 1040 | Req 9 | 10/30/2016 | 198,894.20 | 47,389.42 | | | | | 151,504.78 | 151,504.78 |
| 1092 | Req 18 | 11/30/2016 | 104,522.40 | 10,452.24 | | | | 94,070.16 | | 94,070.16 |
| 1114 | Req 19 | 12/30/2016 | 254,354.60 | 25,435.46 | | | 228,919.14 | | | 228,919.14 |
| 1145 | Req 20 | 01/29/2017 | 593,467.85 | 59,346.79 | | 534,121.06 | | | | 534,121.06 |
| 1165 | Req 21 | 03/02/2017 | 577,569.20 | 57,756.92 | 519,812.28 | | | | | 519,812.28 |
| | | **Job Totals:** | **2,087,366.06** | **558,893.33** | **519,812.28** | **534,121.06** | **228,919.14** | **94,070.16** | **151,550.09** | **1,528,472.73** |
| **120** | **11 East 31st Street** | | | | | | | | | |
| 195 | App7 | 07/30/2016 | 29,767.10 | 29,767.10 | | | | | | 0.00 |
| 224 | App8 | 07/30/2016 | 78,854.90 | 78,854.90 | | | | | | 0.00 |
| 251 | App9 | 03/31/2016 | 6,787.20 | 6,787.20 | | | | | | 0.00 |
| 278 | App10 | 06/30/2016 | 18,668.09 | 18,668.09 | | | | | | 0.00 |
| 297 | App 12 | 03/31/2016 | 11,109.60 | 11,109.60 | | | | | | 0.00 |
| 339 | App11 | 03/31/2016 | 21,434.50 | 21,434.50 | | | | | | 0.00 |
| 390 | App 13 | 03/31/2016 | 11,135.60 | 11,135.60 | | | | | | 0.00 |

**Schedule B11 - Accounts Receivable**
**Crowne Architectural Systems/Case No. 17-13404**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 451 | App 15 | 03/31/2016 | 11,905.50 | 11,905.50 | | | | | | | 0.00 |
| 478 | APP 14 | 03/31/2016 | 10,025.90 | 10,025.90 | | | | | | | 0.00 |
| 741 | Req 16 | 01/30/2016 | 5,102.00 | 5,102.00 | | | | | | | 0.00 |
| 759 | Req 17 Pencil | 02/29/2016 | 1,063.10 | 1,063.10 | | | | | | | 0.00 |
| 801 | Req 18 | 03/31/2016 | 20,100.58 | 20,100.58 | | | | | | | 0.00 |
| 875 | Req 19 | 04/30/2016 | 13,976.28 | 13,976.28 | | | | | | | 0.00 |
| 892 | Req 20 | 06/30/2016 | 14,528.19 | 14,528.19 | | | | | | | 0.00 |
| 949 | Req 21 | 07/30/2016 | 7,474.55 | 7,474.55 | | | | | | | 0.00 |
| 1039 | Req 21 Reject | 07/30/2016 | -7,474.55 | -7,474.55 | | | | | | | 0.00 |
| | | **Job Totals:** | **254,458.54** | **254,458.54** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | | **0.00** |
| **168  118 E 59th Street** | | | | | | | | | | | |
| 689 | App 2 | 10/30/2015 | 10,460.00 | | | | | | 10,460.00 | | 10,460.00 |
| 690 | App 1 | 09/25/2015 | 17,500.00 | | | | | | 17,500.00 | | 17,500.00 |
| 1006 | Req 3 | 03/30/2016 | 20,685.00 | 20,685.00 | | | | | | | 0.00 |
| 1011 | Req 6-$4.3M | 07/30/2016 | 0.01 | | | | | | 0.01 | | 0.01 |
| 1012 | Req 4 | 04/30/2016 | 141,460.00 | 14,146.00 | | | | | 127,314.00 | | 127,314.00 |
| 1013 | Req 5 | 05/30/2016 | 53,075.00 | 5,307.50 | | | | | 47,767.50 | | 47,767.50 |
| | | **Job Totals:** | **243,180.01** | **40,138.50** | **0.00** | **0.00** | **0.00** | **0.00** | **203,041.51** | | **203,041.51** |
| **106  132 West 26th Street** | | | | | | | | | | | |
| 300 | App 5 | 08/13/2015 | 26,480.00 | 2,648.00 | | | | | 23,832.00 | | 23,832.00 |
| 541 | OB Ret 1/1/201! | 01/01/2015 | 42,960.23 | 42,960.23 | | | | | | | 0.00 |
| 764 | Req 6 | 03/30/2016 | 32,220.00 | 3,222.00 | | | | | 28,998.00 | | 28,998.00 |
| | | **Job Totals:** | **101,660.23** | **48,830.23** | **0.00** | **0.00** | **0.00** | **0.00** | **52,830.00** | | **52,830.00** |
| **110  160 West 56th Street** | | | | | | | | | | | |
| 212 | App10 | 03/31/2016 | 10,338.01 | | | | | | 10,338.01 | | 10,338.01 |
| 295 | App13 | 03/31/2016 | 18,819.50 | | | | | | 18,819.50 | | 18,819.50 |
| 317 | App 12 | 03/31/2016 | 4,550.90 | | | | | | 4,550.90 | | 4,550.90 |
| 347 | App 11 | 03/31/2016 | 41,727.40 | 25,264.09 | | | | | 16,463.31 | | 16,463.31 |
| 388 | App 14 | 03/31/2016 | 25,695.00 | 7,205.80 | | | | | 18,489.20 | | 18,489.20 |
| 474 | App 16 | 03/31/2016 | 35,702.70 | 13,661.70 | | | | | 22,041.00 | | 22,041.00 |

**Schedule B11 - Accounts Receivable**
Crowne Architectural Systems/Case No. 17-13404

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 485 | App 15 | 03/31/2016 | 11,500.20 | 11,500.20 | | | | | 0.00 |
| 547 | OB Ret 1/1/201 | 03/31/2016 | 2,453.61 | 2,453.61 | | | | | 0.00 |
| 567 | Adj Req 14 | 03/31/2016 | -18,489.20 | | | | | -18,489.20 | -18,489.20 |
| 571 | Req 17 | 03/31/2016 | 2,152.20 | 2,152.20 | | | | | 0.00 |
| 705 | Req 18 Pencil | 03/31/2016 | 54,928.90 | 15,979.60 | | | | 38,949.30 | 38,949.30 |
| 765 | Req 19 | 03/31/2016 | 47,885.00 | 3,969.25 | | | | 43,915.75 | 43,915.75 |
| 917 | True up | 03/29/2016 | -155,077.77 | | | | | -155,077.77 | -155,077.77 |
| 958 | True up | 06/30/2016 | 67,415.55 | 67,415.55 | | | | | 0.00 |
| 987 | Req 20 | 06/30/2016 | 23,737.98 | 23,737.98 | | | | | 0.00 |
| 1019 | Req 21 | 08/30/2016 | 55,788.00 | 5,578.80 | | | | 50,209.20 | 50,209.20 |
| 1043 | Req 22 | 10/30/2016 | 59,141.00 | 2,957.05 | | | | 56,183.95 | 56,183.95 |
| 1134 | Req 19 | 01/29/2017 | 167,982.00 | 16,798.30 | | 151,183.70 | | | 151,183.70 |
| | | **Job Totals:** | **456,250.98** | **198,674.13** | **0.00** | **151,183.70** | **0.00** | **0.00** | **106,393.15** | **257,576.85** |

**127  19 West 20th Street**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 144 | App 6 | 10/31/2016 | 7,900.00 | | | | | 7,900.00 | 7,900.00 |
| 168 | App5 | 10/31/2016 | 20,000.00 | | | | | 20,000.00 | 20,000.00 |
| 191 | App7 | 10/31/2016 | 16,400.00 | | | | | 16,400.00 | 16,400.00 |
| 219 | App8 | 10/31/2016 | 11,580.50 | | | | | 11,580.50 | 11,580.50 |
| 242 | App9 | 10/31/2016 | 7,950.00 | | | | | 7,950.00 | 7,950.00 |
| 279 | App10 | 10/31/2016 | 235.69 | | | | | 235.69 | 235.69 |
| 302 | App 12 | 10/31/2016 | 13,785.00 | | | | | 13,785.00 | 13,785.00 |
| 326 | App 11 | 10/31/2016 | 2,200.00 | | | | | 2,200.00 | 2,200.00 |
| 369 | App 14 | 10/31/2016 | 5,894.25 | | | | | 5,894.25 | 5,894.25 |
| 396 | App 13 | 10/31/2016 | 11,692.70 | | | | | 11,692.70 | 11,692.70 |
| 456 | App 15 | 10/31/2016 | 4,595.80 | | | | | 4,595.80 | 4,595.80 |
| 533 | OB RET 1/1/201 | 10/31/2016 | 14,720.00 | | | | | 14,720.00 | 14,720.00 |
| 638 | R16 | 10/31/2016 | 3,060.30 | | | | | 3,060.30 | 3,060.30 |
| 727 | Req 17 | 10/31/2016 | 2,553.50 | | | | | 2,553.50 | 2,553.50 |
| 806 | Req 18 | 10/31/2016 | 13,489.00 | | | | | 13,489.00 | 13,489.00 |
| 894 | Req 19 | 10/31/2016 | 20,662.00 | | | | | 20,662.00 | 20,662.00 |
| 1049 | Req 20 Final | 10/30/2016 | 9,748.28 | | | | | 9,748.28 | 9,748.28 |
| | | **Job Totals:** | **166,467.02** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **166,467.02** | **166,467.02** |

**121  200 East 6th Street/Cooper Sq**

**Schedule B11 - Accounts Receivable**
**Crowne Architectural Systems/Case No. 17-13404**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 557 | OB Ret 1/1/201! | 07/01/2015 | 0.25 | | | | | | 0.25 | 0.25 |
| | | **Job Totals:** | **0.25** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.25** | **0.25** |
| **125  210 East 39 Street** | | | | | | | | | | |
| 182 | App2 | 05/05/2015 | 2,410.70 | 2,410.70 | | | | | | 0.00 |
| 257 | App3 | 06/11/2015 | 1,659.80 | 1,659.80 | | | | | | 0.00 |
| 531 | OB RET 1/1/201 | 01/01/2016 | 48,270.30 | 48,270.30 | | | | | | 0.00 |
| 713 | Req 4 Pencil | 03/01/2016 | 868.20 | 868.20 | | | | | | 0.00 |
| 815 | Req 5 | 04/30/2016 | 32,777.50 | 32,777.50 | | | | | | 0.00 |
| 849 | Req 6 | 05/30/2016 | 32,325.60 | 32,325.60 | | | | | | 0.00 |
| 893 | Req 7 | 06/30/2016 | 27,279.58 | 27,279.58 | | | | | | 0.00 |
| 967 | Req 8 | 08/30/2016 | 9,290.20 | 9,290.20 | | | | | | 0.00 |
| 1024 | Req 9 | 09/30/2016 | 5,648.30 | 5,648.30 | | | | | | 0.00 |
| 1074 | Req 10 | 10/30/2016 | 12,054.20 | 12,054.20 | | | | | | 0.00 |
| 1085 | Req 11 | 11/30/2016 | 17,346.73 | 17,346.73 | | | | | | 0.00 |
| 1105 | Req 12 | 12/30/2016 | 15,836.61 | 15,836.61 | | | | | | 0.00 |
| 1148 | Req 13 | 01/29/2017 | 138,295.50 | 13,829.55 | | 124,465.95 | | | | 124,465.95 |
| 1167 | Req 14 | 03/02/2017 | 61,716.80 | 6,171.68 | 55,545.12 | | | | | 55,545.12 |
| | | **Job Totals:** | **405,780.02** | **225,768.95** | **55,545.12** | **124,465.95** | **0.00** | **0.00** | **0.00** | **180,011.07** |
| **139  221 West 29 Street** | | | | | | | | | | |
| 198 | App2 | 03/13/2015 | 1,110.80 | 1,110.80 | | | | | | 0.00 |
| 227 | App3 | 04/15/2015 | 1,921.00 | 1,921.00 | | | | | | 0.00 |
| 319 | App4 | 05/07/2015 | 1,179.00 | 1,179.00 | | | | | | 0.00 |
| 776 | Req 5 | 03/30/2016 | 9,151.00 | 9,151.00 | | | | | | 0.00 |
| 819 | Req 6 | 04/30/2016 | 4,321.00 | 4,320.90 | | | | | 0.10 | 0.10 |
| 898 | Req 7 | 06/30/2016 | 47,867.50 | 47,867.50 | | | | | | 0.00 |
| 934 | Req 8 | 07/30/2016 | 34,086.30 | 34,086.30 | | | | | | 0.00 |
| 982 | Req 9 | 08/30/2016 | 45,714.30 | 45,714.30 | | | | | | 0.00 |
| 1028 | Req 10 | 09/30/2016 | 25,576.10 | 25,576.10 | | | | | | 0.00 |
| 1079 | Req 11 | 10/30/2016 | 5,096.90 | 5,096.90 | | | | | | 0.00 |
| 1087 | Req 12 | 11/30/2016 | 9,161.00 | 9,161.00 | | | | | | 0.00 |
| 1106 | Req 13 | 12/30/2016 | 3,133.00 | 3,133.00 | | | | | | 0.00 |
| 1138 | Req 14 | 01/29/2017 | 19,548.80 | 1,954.88 | | 17,593.92 | | | | 17,593.92 |
| 1168 | Req 15 | 03/02/2017 | 38,283.00 | 3,828.30 | 34,454.70 | | | | | 34,454.70 |

| | | Schedule B11 - Accounts Receivable | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Crowne Architectural Systems/Case No. 17-13404 | | | | | | | |
| | | Job Totals: | 246,149.70 | 194,100.98 | 34,454.70 | 17,593.92 | 0.00 | 0.00 | 0.10 | 52,048.72 |

**126  27 Wooster Street**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1025 | Req 31-True up | 09/05/2016 | 301,985.83 | | | | | | 301,985.83 | 301,985.83 |
| | | Job Totals: | 301,985.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 301,985.83 | 301,985.83 |

**131  282 South 5th Street**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 143 | App 5 | 04/30/2016 | 20,648.50 | 20,648.50 | | | | | 0.00 |
| 167 | App4 | 01/12/2015 | 87,544.00 | 87,544.00 | | | | | 0.00 |
| 218 | App6 | 04/10/2015 | 17,500.00 | 17,500.00 | | | | | 0.00 |
| 246 | App7 | 05/11/2015 | 428.50 | 428.50 | | | | | 0.00 |
| 280 | App8 | 06/12/2015 | 5,651.50 | 5,651.50 | | | | | 0.00 |
| 303 | App 10 | 08/13/2015 | 12,652.40 | 12,652.40 | | | | | 0.00 |
| 327 | App 9 | 07/13/2015 | 16,385.00 | 16,385.00 | | | | | 0.00 |
| 370 | App 12 | 10/09/2015 | 4,985.90 | 4,985.90 | | | | | 0.00 |
| 397 | App 11 | 09/11/2015 | 9,822.00 | 9,822.00 | | | | | 0.00 |
| 457 | App 13 | 11/11/2015 | 4,349.70 | 4,349.70 | | | | | 0.00 |
| 579 | True up | 11/30/2015 | -87,544.00 | -87,544.00 | | | | | 0.00 |
| 715 | Req 14 Pencil | 03/01/2016 | 6,311.00 | 6,311.00 | | | | | 0.00 |
| 817 | Req 15 | 04/30/2016 | 7,634.60 | 7,634.60 | | | | | 0.00 |
| 852 | Req 16 | 05/30/2016 | 8,864.30 | 8,864.30 | | | | | 0.00 |
| 873 | OB RET 1/1/201 | 06/30/2016 | 44,048.80 | 44,048.80 | | | | | 0.00 |
| 883 | True up Ret | 01/31/2016 | 38,669.50 | 38,669.50 | | | | | 0.00 |
| 1152 | Req.#19 | 01/30/2017 | 67,845.00 | | | 67,845.00 | | | 67,845.00 |
| | | Job Totals: | 265,796.70 | 197,951.70 | 0.00 | 67,845.00 | 0.00 | 0.00 | 0.00 | 67,845.00 |

**153  30-02 39th Ave, LIC (Taxi)**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 379 | App 2 | 10/21/2015 | 8,100.00 | 8,100.00 | | | | | 0.00 |
| 406 | App 1 | 09/29/2015 | 4,050.00 | 4,050.00 | | | | | 0.00 |
| 669 | App 3 | 11/16/2015 | 20,870.00 | 20,870.00 | | | | | 0.00 |
| 670 | Req 4 | 01/31/2016 | 2,910.00 | 2,910.00 | | | | | 0.00 |
| 800 | Req 6 | 03/30/2016 | 1,940.00 | 1,940.00 | | | | | 0.00 |
| 831 | Req 5 | 03/01/2016 | 37,742.00 | 37,742.00 | | | | | 0.00 |

**Schedule B11 - Accounts Receivable**
**Crowne Architectural Systems/Case No. 17-13404**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 856 | Req 8 | 05/30/2016 | 219,972.00 | 219,972.00 | | | | | 0.00 |
| 865 | Req 7 | 04/30/2016 | 36,346.00 | 36,346.00 | | | | | 0.00 |
| 945 | Req 9 | 07/30/2016 | 174,887.60 | 174,887.60 | | | | | 0.00 |
| 1075 | Req 10 | 11/30/2016 | 226,163.40 | 226,163.40 | | | | | 0.00 |
| 1108 | Req 11 | 12/30/2016 | 657,631.00 | 65,763.10 | | | 591,867.90 | | 591,867.90 |
| 1141 | Req 12 | 01/29/2017 | 336,394.80 | 33,639.48 | | 302,755.32 | | | 302,755.32 |
| 1170 | Req 13 | 03/02/2017 | 457,265.60 | 45,726.56 | 411,539.04 | | | | 411,539.04 |
| | | **Job Totals:** | **2,184,272.40** | **878,110.14** | **411,539.04** | **302,755.32** | **591,867.90** | **0.00** | **0.00** | **1,306,162.26** |

**147  400 West 42 Street**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 139 | App 1 | 12/31/2016 | 6,185.78 | 6,185.78 | | | | | 0.00 |
| 210 | App2 | 12/31/2016 | 8,652.30 | 8,652.30 | | | | | 0.00 |
| 236 | App3 | 12/31/2016 | 2,247.15 | 2,247.15 | | | | | 0.00 |
| 267 | App4 | 12/31/2016 | 3,907.43 | 3,907.43 | | | | | 0.00 |
| 291 | App 6 | 12/31/2016 | 15,138.38 | 15,138.38 | | | | | 0.00 |
| 313 | App 5 | 12/31/2016 | 33,160.95 | 33,160.95 | | | | | 0.00 |
| 356 | App 8 | 12/31/2016 | 62,284.95 | 62,284.95 | | | | | 0.00 |
| 383 | App 7 | 12/31/2016 | 47,771.40 | 47,771.40 | | | | | 0.00 |
| 445 | App 9 | 12/31/2016 | 36,321.15 | 36,321.15 | | | | | 0.00 |
| 473 | App 10 | 12/31/2016 | 24,289.28 | 24,289.28 | | | | | 0.00 |
| 594 | App 11 | 12/31/2016 | 75,087.00 | 75,087.00 | | | | | 0.00 |
| 787 | Req 12 | 12/31/2016 | 55,615.55 | 55,615.55 | | | | | 0.00 |
| 820 | Req 13 | 12/31/2016 | 12,973.65 | 12,973.65 | | | | | 0.00 |
| 866 | Req 14 | 12/31/2016 | 11,947.91 | 11,947.91 | | | | | 0.00 |
| 899 | Req 15 | 12/31/2016 | 68,050.13 | 68,050.13 | | | | | 0.00 |
| 935 | Req 16 | 12/31/2016 | 24,662.18 | 24,662.18 | | | | | 0.00 |
| 973 | Req 17 | 12/31/2016 | 15,719.85 | 15,719.85 | | | | | 0.00 |
| 1029 | Req 18 | 12/31/2016 | 15,662.93 | 15,662.93 | | | | | 0.00 |
| 1053 | Req 19 | 12/31/2016 | 35,457.32 | 34,340.48 | | | 1,116.84 | | 1,116.84 |
| 1088 | Req 20 | 12/31/2016 | 27,504.70 | 20,628.53 | | | 6,876.17 | | 6,876.17 |
| 1139 | Req 22 | 01/29/2017 | 12,877.87 | 12,877.87 | | | | | 0.00 |
| 1169 | Req 23 | 03/02/2017 | 76,405.00 | 5,730.38 | 70,674.62 | | | | 70,674.62 |
| | | **Job Totals:** | **671,922.86** | **593,255.23** | **70,674.62** | **0.00** | **7,993.01** | **0.00** | **0.00** | **78,667.63** |

**174  410-412 Waverly Ave**

**Schedule B11 - Accounts Receivable**
Crowne Architectural Systems/Case No. 17-13404

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 753 | Req 1 | 03/01/2016 | 2,114.77 | 2,114.77 | | | | | | 0.00 |
| 922 | Req 2 | 07/09/2016 | 2,289.89 | 2,289.89 | | | | | | 0.00 |
| 1061 | Req 3 | 09/30/2016 | 3,639.66 | 3,639.66 | | | | | | 0.00 |
| 1093 | Req 4 | 11/30/2016 | 16,715.00 | 1,671.50 | | | | 15,043.50 | | 15,043.50 |
| | **Job Totals:** | | **24,759.32** | **9,715.82** | **0.00** | **0.00** | **0.00** | **15,043.50** | **0.00** | **15,043.50** |
| | | | | | | | | | | |
| **162  415 Red Hook Lane** | | | | | | | | | | |
| | | | | | | | | | | |
| 694 | App 1 | 12/30/2015 | 14,476.00 | 14,476.00 | | | | | | 0.00 |
| 708 | Req 2 Pencil | 03/01/2016 | 8,710.10 | 8,709.61 | | | | | 0.49 | 0.49 |
| 830 | Req 3 | 04/30/2016 | 2,250.00 | 2,250.00 | | | | | | 0.00 |
| 859 | Req 4 | 05/30/2016 | 76,179.70 | 76,179.70 | | | | | | 0.00 |
| 903 | Req 5 | 06/30/2016 | 107,379.20 | 107,379.20 | | | | | | 0.00 |
| 940 | Req 6 | 07/30/2016 | 23,099.90 | 23,099.90 | | | | | | 0.00 |
| 976 | Req 7 | 08/30/2016 | 62,927.60 | 62,409.60 | | | | | 518.00 | 518.00 |
| 1032 | Req 8 | 09/30/2016 | 21,655.10 | 21,655.10 | | | | | | 0.00 |
| 1057 | Req 9 | 10/30/2016 | 20,379.10 | 20,379.10 | | | | | | 0.00 |
| 1091 | Req 10 | 11/30/2016 | 15,416.90 | 15,416.90 | | | | | | 0.00 |
| 1110 | Req 11 | 12/30/2016 | 21,883.80 | 21,883.80 | | | | | | 0.00 |
| 1144 | Req 12 | 01/29/2017 | 6,151.70 | 6,151.70 | | | | | | 0.00 |
| 1172 | Req 13 | 03/02/2017 | 106,943.40 | 10,694.34 | 96,249.06 | | | | | 96,249.06 |
| | **Job Totals:** | | **487,452.50** | **390,684.95** | **96,249.06** | **0.00** | **0.00** | **0.00** | **518.49** | **96,767.55** |
| | | | | | | | | | | |
| **128  42 Crosby Street** | | | | | | | | | | |
| | | | | | | | | | | |
| 169 | App6 | 01/12/2015 | 1,339.38 | 1,338.70 | | | | | 0.68 | 0.68 |
| 249 | App7 | 05/19/2015 | 4,675.67 | 4,675.67 | | | | | | 0.00 |
| 273 | App8 | 06/12/2015 | 61,710.70 | 61,710.70 | | | | | | 0.00 |
| 298 | App 10 | 08/13/2015 | 58,502.40 | 58,502.40 | | | | | | 0.00 |
| 320 | App 9 | 07/16/2015 | 56,052.60 | 56,052.60 | | | | | | 0.00 |
| 364 | App 12 | 10/15/2015 | 23,775.40 | 23,775.40 | | | | | | 0.00 |
| 391 | App 11 | 09/16/2015 | 6,255.90 | 6,255.90 | | | | | | 0.00 |
| 534 | OB RET 1/1/201 | 01/01/2015 | 48,338.10 | 48,338.10 | | | | | | 0.00 |
| 640 | Req 13 | 12/31/2015 | 35,559.64 | 33,959.64 | | | | | 1,600.00 | 1,600.00 |
| 641 | Req 14 | 01/31/2016 | 6,414.90 | 6,414.90 | | | | | | 0.00 |
| 709 | Req 15 Pencil | 03/01/2016 | 12,384.80 | 12,384.80 | | | | | | 0.00 |
| 802 | Req 16 | 03/30/2016 | 32,915.20 | 32,915.20 | | | | | | 0.00 |

| | | Schedule B11 - Accounts Receivable | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Crowne Architectural Systems/Case No. 17-13404 | | | | | | | |
| 834 | Req 17 | 04/30/2016 | 32,107.40 | 32,107.40 | | | | | 0.00 |
| 880 | Req 18 | 05/30/2016 | 23,975.70 | 23,975.70 | | | | | 0.00 |
| 914 | Req 19 | 06/30/2016 | 8,607.29 | 8,607.29 | | | | | 0.00 |
| 954 | Req 20 | 07/30/2016 | 21,305.10 | 21,305.10 | | | | | 0.00 |
| 1018 | Req 21 | 08/30/2016 | 8,418.30 | 8,418.30 | | | | | 0.00 |
| 1050 | Req 22 | 09/30/2016 | 1,278.00 | 1,278.00 | | | | | 0.00 |
| 1077 | Req 23 | 10/30/2016 | 9,363.51 | 9,363.10 | | | | 0.41 | 0.41 |
| 1158 | Req 25-WIP-Rev | 01/31/2017 | -83,102.50 | | -83,102.50 | | | | -83,102.50 |
| | | Job Totals: | 369,877.49 | 451,378.90 | -83,102.50 | 0.00 | 0.00 | 0.00 | 1,601.09 | -81,501.41 |
| **115 42-12 28th Street** | | | | | | | | | |
| 156 | App20 | 03/31/2015 | 33,112.27 | 24,834.20 | | | | 8,278.07 | 8,278.07 |
| 180 | App19 | 02/28/2015 | 25,879.50 | 19,409.63 | | | | 6,469.87 | 6,469.87 |
| 202 | App21 | 04/30/2015 | 14,004.30 | 10,503.23 | | | | 3,501.07 | 3,501.07 |
| 231 | App22 | 05/31/2015 | 30,797.30 | 23,097.98 | | | | 7,699.32 | 7,699.32 |
| 261 | App23 | 06/30/2015 | 24,534.30 | 18,400.73 | | | | 6,133.57 | 6,133.57 |
| 284 | App24 | 07/31/2015 | 25,236.80 | 18,927.60 | | | | 6,309.20 | 6,309.20 |
| 305 | App26 | 09/30/2015 | 39,888.50 | 29,916.37 | | | | 9,972.13 | 9,972.13 |
| 306 | Req 26- Mat | 09/30/2015 | 24,120.70 | 18,090.53 | | | | 6,030.17 | 6,030.17 |
| 330 | Req 25- Install | 08/30/2015 | 26,743.50 | 20,057.63 | | | | 6,685.87 | 6,685.87 |
| 331 | Req 25- Mat | 08/30/2015 | 6,690.40 | 5,017.80 | | | | 1,672.60 | 1,672.60 |
| 374 | Req 28- Install | 11/30/2015 | 78,058.68 | 58,544.01 | | | | 19,514.67 | 19,514.67 |
| 375 | Req 28- Mat | 11/30/2015 | 43,871.50 | 32,903.63 | | | | 10,967.87 | 10,967.87 |
| 401 | Req 27- Install | 10/31/2015 | 52,127.30 | 39,095.48 | | | | 13,031.82 | 13,031.82 |
| 402 | Req 27- Mat | 10/31/2015 | 4,950.00 | 3,712.50 | | | | 1,237.50 | 1,237.50 |
| 460 | Req 29- Install | 12/31/2015 | 48,501.10 | 36,375.83 | | | | 12,125.27 | 12,125.27 |
| 461 | Req 29- Mat | 12/31/2015 | 28,293.90 | 21,220.43 | | | | 7,073.47 | 7,073.47 |
| 588 | Req 30 | 01/31/2016 | 3,202.10 | 2,401.58 | | | | 800.52 | 800.52 |
| 589 | Req 30- Install | 01/31/2016 | 47,491.50 | 35,618.63 | | | | 11,872.87 | 11,872.87 |
| 720 | OB Ret 1/1/201 | 01/01/2015 | 622,726.13 | 171,986.94 | | | | 450,739.19 | 450,739.19 |
| 758 | Req 31-Lab | 02/28/2016 | 39,134.30 | 19,567.15 | | | | 19,567.15 | 19,567.15 |
| 795 | Req 32-Inst | 03/31/2016 | 41,194.50 | 20,597.25 | | | | 20,597.25 | 20,597.25 |
| 805 | Req 32-Mat | 03/31/2016 | 1,707.83 | 853.91 | | | | 853.92 | 853.92 |
| 835 | Req 33 Inst | 04/30/2016 | 4,394.14 | 2,197.07 | | | | 2,197.07 | 2,197.07 |
| 836 | Req 33 Mat | 04/30/2016 | 41,643.99 | 20,822.00 | | | | 20,821.99 | 20,821.99 |
| 847 | Req 34- Mat | 05/30/2016 | 23,837.68 | 11,918.84 | | | | 11,918.84 | 11,918.84 |
| 868 | Req 34- Install | 05/30/2016 | 7,951.30 | 3,975.65 | | | | 3,975.65 | 3,975.65 |

**Schedule B11 - Accounts Receivable**
**Crowne Architectural Systems/Case No. 17-13404**

| | | | | | | | | | | |
|---|---|---|--:|--:|--:|--:|--:|--:|--:|--:|
| 889 | Req 35 Mat | 06/30/2016 | 14,951.26 | 7,475.63 | | | | | 7,475.63 | 7,475.63 |
| 928 | Req 36 | 07/31/2016 | 17,315.00 | 8,657.50 | | | | | 8,657.50 | 8,657.50 |
| 951 | Req 36 | 12/31/2016 | 3,295.70 | 1,647.85 | | | 1,647.85 | | | 1,647.85 |
| 957 | Req 35-Install | 12/31/2016 | 62,983.50 | 31,491.75 | | | 31,491.75 | | | 31,491.75 |
| 965 | Req 37-MAT | 12/31/2016 | 25,928.25 | 12,964.13 | | | 12,964.12 | | | 12,964.12 |
| 1062 | Req 37-Instal | 12/31/2016 | 10,679.54 | 5,339.05 | | | 5,339.95 | | | 5,339.95 |
| 1063 | Req 37 Mat | 12/31/2016 | 23,019.54 | 11,509.77 | | | 11,509.77 | | | 11,509.77 |
| 1082 | Req 38 Install | 11/30/2016 | 10,985.00 | 549.25 | | | | 10,435.75 | | 10,435.75 |
| 1083 | Req 39 Mat | 12/31/2016 | 51,052.50 | 25,526.25 | | | 25,526.25 | | | 25,526.25 |
| 1103 | Req 40 MAT | 12/30/2016 | 598.00 | 299.00 | | | 299.00 | | | 299.00 |
| 1151 | Req 41 Mat | 02/09/2017 | 119,350.00 | 2,983.75 | 116,366.25 | | | | | 116,366.25 |
| | | **Job Totals:** | **1,680,251.27** | **778,490.53** | **116,366.25** | **0.00** | **88,778.69** | **10,435.75** | **686,180.05** | **901,760.74** |
| | | | | | | | | | | |
| **103** | **444 Park Avenue - Crowne** | | | | | | | | | |
| | | | | | | | | | | |
| 211 | App2 | 04/13/2015 | 474.90 | 474.90 | | | | | | 0.00 |
| 272 | App4 | 06/19/2015 | 478.60 | 478.60 | | | | | | 0.00 |
| 296 | App 6 | 08/19/2015 | 27,242.90 | 27,242.90 | | | | | | 0.00 |
| 318 | App 5 | 07/15/2015 | 1,674.80 | 1,674.80 | | | | | | 0.00 |
| 351 | APP 3 | 05/18/2015 | 2,111.30 | 2,111.30 | | | | | | 0.00 |
| 362 | App 8 | 10/15/2015 | 427.40 | 427.40 | | | | | | 0.00 |
| 389 | App 7 | 09/11/2015 | 1,095.90 | 1,095.90 | | | | | | 0.00 |
| 450 | App 9 | 12/31/2015 | 10,541.10 | 10,541.10 | | | | | | 0.00 |
| 539 | OB Ret 1/1/201! | 01/01/2015 | 23,387.30 | 23,387.30 | | | | | | 0.00 |
| 545 | Req # 10 | 01/31/2016 | 4,017.80 | 4,017.80 | | | | | | 0.00 |
| 757 | Req 11 Pencil | 03/01/2016 | 3,960.00 | 3,960.00 | | | | | | 0.00 |
| 763 | Req 12 | 03/30/2016 | 3,978.60 | 3,978.60 | | | | | | 0.00 |
| 844 | Req 14 | 05/30/2016 | 19,763.60 | 19,763.60 | | | | | | 0.00 |
| 869 | Req 13 | 04/30/2016 | 5,098.00 | 5,098.00 | | | | | | 0.00 |
| 921 | Req 15 | 06/30/2016 | 13,412.57 | 13,412.57 | | | | | | 0.00 |
| 925 | Req 16 | 07/30/2016 | 11,366.01 | 11,366.01 | | | | | | 0.00 |
| 1021 | Req 18 | 09/30/2016 | 19,308.40 | 19,308.40 | | | | | | 0.00 |
| 1042 | Req 19 | 10/30/2016 | 17,217.63 | 17,217.63 | | | | | | 0.00 |
| 1081 | Req 20 | 11/30/2016 | 13,559.18 | 13,559.18 | | | | | | 0.00 |
| 1101 | Req 21 | 12/30/2016 | 10,435.48 | 10,435.48 | | | | | | 0.00 |
| 1162 | Req 22 | 01/29/2017 | 6,322.00 | 632.20 | | 5,689.80 | | | | 5,689.80 |
| 1166 | Req 23 | 03/02/2017 | 84,195.00 | 8,419.50 | 75,775.50 | | | | | 75,775.50 |

**Schedule B11 - Accounts Receivable**
**Crowne Architectural Systems/Case No. 17-13404**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Job Totals: | 280,068.47 | 198,603.17 | 75,775.50 | 5,689.80 | 0.00 | 0.00 | 0.00 | 81,465.30 |

**118  5 Beekman**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 311 | App 17 | 09/30/2016 | 80,037.57 | 80,037.57 | | | | | | 0.00 |
| 344 | App 18 | 09/30/2016 | 15,630.09 | 15,630.09 | | | | | | 0.00 |
| 382 | App 19 | 09/30/2016 | 7,227.90 | 7,227.90 | | | | | | 0.00 |
| 444 | App 21 | 09/30/2016 | 3,081.60 | 3,081.60 | | | | | | 0.00 |
| 596 | Req 22 | 09/30/2016 | 2,842.55 | 2,842.55 | | | | | | 0.00 |
| 700 | Req 23 Pencil | 09/30/2016 | 4,986.85 | 4,986.85 | | | | | | 0.00 |
| 770 | Req 24 | 09/30/2016 | 2,551.75 | 2,551.75 | | | | | | 0.00 |
| 813 | Req 25 | 09/30/2016 | 9,143.40 | 9,143.40 | | | | | | 0.00 |
| 908 | Req 26 | 09/30/2016 | 13,856.10 | 13,856.10 | | | | | | 0.00 |
| 953 | Req 28 | 09/30/2016 | 7,867.15 | 7,867.15 | | | | | | 0.00 |
| 955 | Req 27 | 09/30/2016 | 6,917.25 | 6,917.25 | | | | | | 0.00 |
| 1005 | Req 29 | 08/30/2016 | 21,044.34 | 21,044.34 | | | | | | 0.00 |
| 1097 | Req 30 | 09/30/2016 | 2,735.70 | 2,735.70 | | | | | | 0.00 |
| 1098 | Req 31 | 10/30/2016 | 3,738.45 | 3,738.45 | | | | | | 0.00 |
| 1099 | Req 32 | 11/30/2016 | 164.45 | 164.45 | | | | | | 0.00 |
| 1112 | Req 33 | 12/30/2016 | 1,611.65 | 1,611.65 | | | | | | 0.00 |
| 1135 | Req 34 | 01/29/2017 | 41,646.28 | 1,041.15 | | 40,605.13 | | | | 40,605.13 |
| | | Job Totals: | 225,083.08 | 184,477.95 | 0.00 | 40,605.13 | 0.00 | 0.00 | 0.00 | 40,605.13 |

**154  540 W 26th Street**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 367 | App 1 | 10/21/2015 | 13,120.20 | 13,120.20 | | | | | | 0.00 |
| 455 | App 2 | 10/21/2015 | 5,177.90 | 5,177.90 | | | | | | 0.00 |
| 712 | Req 3 Pencil | 03/01/2016 | 16,600.00 | 16,600.00 | | | | | | 0.00 |
| 779 | Req 4 | 03/30/2016 | 6,000.00 | 6,000.00 | | | | | | 0.00 |
| 822 | Req 5 | 04/30/2016 | 2,965.50 | 2,965.50 | | | | | | 0.00 |
| 857 | Req 6 | 05/30/2016 | 69,300.00 | 69,300.00 | | | | | | 0.00 |
| 915 | Req 7 | 06/30/2016 | 2,528.60 | 2,528.60 | | | | | | 0.00 |
| 938 | Req 8 | 07/30/2016 | 44,100.00 | 44,100.00 | | | | | | 0.00 |
| 991 | Req 9 | 08/31/2016 | 21,750.00 | 21,750.00 | | | | | | 0.00 |
| 1031 | Req 10 | 09/30/2016 | 79,186.90 | 79,186.90 | | | | | | 0.00 |
| 1064 | Req 11 | 10/30/2016 | 27,163.70 | 27,163.70 | | | | | | 0.00 |
| 1090 | Req 12 | 11/30/2016 | 40,696.70 | 40,696.70 | | | | | | 0.00 |
| 1109 | Req 13 | 12/30/2016 | 18,396.80 | 18,396.80 | | | | | | 0.00 |

**Schedule B11 - Accounts Receivable**
Crowne Architectural Systems/Case No. 17-13404

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1161 | Req 14 | 01/29/2017 | 337,005.00 | 33,700.50 | | 303,304.50 | | | | 303,304.50 |
| 1171 | Req 15 | 03/02/2017 | 455,746.00 | 45,574.60 | 410,171.40 | | | | | 410,171.40 |
| | | **Job Totals:** | **1,139,737.30** | **426,261.40** | **410,171.40** | **303,304.50** | **0.00** | **0.00** | **0.00** | **713,475.90** |

**133  551 West 21st Street.**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 538 | OB RET 1/1/201 | 06/30/2016 | 721,713.44 | 721,713.44 | | | | | | 0.00 |
| 853 | Req 33 | 05/30/2016 | 0.45 | | | | | | 0.45 | 0.45 |
| | | **Job Totals:** | **721,713.89** | **721,713.44** | **0.00** | **0.00** | **0.00** | **0.00** | **0.45** | **0.45** |

**170  71 Reade Street**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 740 | Reade-B1230 | 01/31/2016 | 99.00 | | | | | | 99.00 | 99.00 |
| 884 | True up | 05/31/2016 | -99.00 | | | | | | -99.00 | -99.00 |
| | | **Job Totals:** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

**122  73-75 Sullivan**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 123 | App 5 | 05/13/2015 | 15,589.30 | 15,589.30 | | | | | | 0.00 |
| 124 | App 6 | 06/10/2015 | 814.50 | 814.50 | | | | | | 0.00 |
| 125 | App 7 | 07/16/2015 | 4,858.39 | 4,858.39 | | | | | | 0.00 |
| 126 | App 8 | 08/12/2015 | 6,581.90 | 6,581.90 | | | | | | 0.00 |
| 127 | App 9 | 09/15/2015 | 2,587.80 | 2,587.80 | | | | | | 0.00 |
| 128 | App 10 | 10/15/2015 | 4,812.40 | 4,812.40 | | | | | | 0.00 |
| 205 | App4 | 04/10/2015 | 1,202.60 | 1,202.60 | | | | | | 0.00 |
| 442 | App 11 | 11/13/2015 | 349.80 | 349.80 | | | | | | 0.00 |
| 558 | OB Ret 1/1/201 | 01/01/2015 | 42,194.20 | 42,194.20 | | | | | | 0.00 |
| 698 | Req 12 Pencil | 02/28/2016 | 19,610.00 | 1,961.00 | | | | | 17,649.00 | 17,649.00 |
| 739 | True up Req 7 | 08/15/2015 | -1,385.49 | -1,385.49 | | | | | | 0.00 |
| | | **Job Totals:** | **97,215.40** | **79,566.40** | **0.00** | **0.00** | **0.00** | **0.00** | **17,649.00** | **17,649.00** |

**173  86 Fleet - SF & Canopy**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 786 | Req 1 | 03/31/2016 | 1,350.00 | 1,350.00 | | | | | | 0.00 |
| 840 | Req 2 | 04/30/2016 | 3,975.00 | 3,975.00 | | | | | | 0.00 |

**Schedule B11 - Accounts Receivable**
Crowne Architectural Systems/Case No. 17-13404

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 911 | Req 3 | 06/30/2016 | 2,662.50 | 2,662.50 | | | | | 0.00 |
| 1149 | Req 4 | 01/29/2017 | 785,706.00 | 78,570.60 | | 707,135.40 | | | 707,135.40 |
| 1173 | Req 5 | 03/02/2017 | 325,267.05 | 32,526.71 | 292,740.34 | | | | 292,740.34 |
| | | **Job Totals:** | **1,118,960.55** | **119,084.81** | **292,740.34** | **707,135.40** | **0.00** | **0.00** | **0.00** | **999,875.74** |

**152  86 Fleet Place**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 307 | App 1 | 08/19/2015 | 5,580.00 | 5,580.00 | | | | | 0.00 |
| 376 | App 3 | 10/20/2015 | 23,862.00 | 23,862.00 | | | | | 0.00 |
| 403 | App 2 | 09/21/2015 | 9,300.00 | 9,300.00 | | | | | 0.00 |
| 665 | App 4 | 11/18/2015 | 5,335.00 | 5,335.00 | | | | | 0.00 |
| 668 | Req 5 | 01/31/2016 | 2,883.00 | 2,883.00 | | | | | 0.00 |
| 721 | Req 6 Pencil | 03/01/2016 | 12,020.00 | 12,020.00 | | | | | 0.00 |
| 794 | Req 7 | 03/30/2016 | 7,453.75 | 7,453.75 | | | | | 0.00 |
| 839 | Req 8 | 04/30/2016 | 15,690.00 | 15,690.00 | | | | | 0.00 |
| 882 | Req 9 | 05/30/2016 | 131,505.95 | 131,505.95 | | | | | 0.00 |
| 913 | Req 10 | 06/30/2016 | 117,052.00 | 117,052.00 | | | | | 0.00 |
| 948 | Req 11 | 07/30/2016 | 100,697.92 | 100,697.92 | | | | | 0.00 |
| 985 | Req 12 | 08/30/2016 | 107,126.25 | 107,126.25 | | | | | 0.00 |
| 1030 | Req 13 | 09/30/2016 | 192,414.09 | 192,414.09 | | | | | 0.00 |
| 1054 | Req 14 | 10/30/2016 | 242,300.77 | 242,300.77 | | | | | 0.00 |
| 1089 | Req 15 | 11/30/2016 | 158,144.06 | 158,144.06 | | | | | 0.00 |
| 1107 | Req 16 | 12/30/2016 | 80,115.99 | 80,115.99 | | | | | 0.00 |
| 1155 | Req 17 | 01/29/2017 | 384,497.40 | 38,449.74 | | 346,047.66 | | | 346,047.66 |
| 1175 | Req 18 | 03/02/2017 | 402,879.80 | 40,287.98 | 362,591.82 | | | | 362,591.82 |
| | | **Job Totals:** | **1,998,857.98** | **1,290,218.50** | **362,591.82** | **346,047.66** | **0.00** | **0.00** | **0.00** | **708,639.48** |

**169  Essex Museum**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 724 | Req 1 Pencil | 10/31/2016 | 1,500.00 | | | | | 1,500.00 | 1,500.00 |
| 785 | Req 2 | 10/31/2016 | 2,100.00 | | | | | 2,100.00 | 2,100.00 |
| 828 | Req 3 | 10/31/2016 | 2,365.00 | | | | | 2,365.00 | 2,365.00 |
| 863 | Req 4 | 10/31/2016 | 1,240.50 | | | | | 1,240.50 | 1,240.50 |
| 905 | Req 5 | 10/31/2016 | 450.00 | | | | | 450.00 | 450.00 |
| 944 | Req 6 | 10/31/2016 | 917.00 | | | | | 917.00 | 917.00 |
| 1128 | Req 7- Final | 10/31/2016 | 8,572.50 | | | | | 8,572.50 | 8,572.50 |

**Schedule B11 - Accounts Receivable**
Crowne Architectural Systems/Case No. 17-13404

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Job Totals: | | 17,145.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,145.00 | 17,145.00 |

**116  Flatotel I**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 336 | App 28.0 | 06/30/2016 | 2,607.00 | 2,607.00 | | | | | | 0.00 |
| 365 | App 30.0 | 06/30/2016 | 1,718.90 | 1,718.90 | | | | | | 0.00 |
| 495 | App29 | 06/30/2016 | 352.10 | 352.10 | | | | | | 0.00 |
| 600 | Add Retainage2 | 06/30/2016 | 3,368.47 | 3,368.47 | | | | | | 0.00 |
| 602 | Add Retainage2 | 06/30/2016 | 3,994.23 | 3,994.23 | | | | | | 0.00 |
| 603 | Add Retainage2 | 06/30/2016 | 3,076.23 | 3,076.23 | | | | | | 0.00 |
| 604 | Add Retainage2 | 06/30/2016 | 2,855.32 | 2,855.32 | | | | | | 0.00 |
| 605 | Adj R30 | 06/30/2016 | -0.50 | -0.50 | | | | | | 0.00 |
| 606 | App 31 | 06/30/2016 | 3,713.20 | 3,713.20 | | | | | | 0.00 |
| 607 | Req 32 | 06/30/2016 | 1,500.00 | 1,500.00 | | | | | | 0.00 |
| 696 | OB Ret 1/1/201' | 06/30/2016 | 91,204.42 | 91,204.42 | | | | | | 0.00 |
| 769 | Req 33 | 06/30/2016 | 1,531.23 | 1,531.23 | | | | | | 0.00 |
| 812 | Req 34 | 06/30/2016 | 448.80 | 448.80 | | | | | | 0.00 |
| 1002 | TrueUp | 06/30/2016 | -11,000.25 | -11,000.25 | | | | | | 0.00 |
| 1003 | Add Retainage2 | 06/30/2016 | 20,967.90 | 20,967.90 | | | | | | 0.00 |
| 1004 | Senteck RR Adj | 06/30/2016 | -14,800.00 | -14,800.00 | | | | | | 0.00 |
| 1010 | YE Adj | 01/30/2016 | 6,167.90 | 6,167.90 | | | | | | 0.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Job Totals: | | 117,704.95 | 117,704.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**117  Flatotel II**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 148 | App 8 | 02/28/2015 | 32,556.87 | 32,556.87 | | | | | | 0.00 |
| 171 | App7 | 01/31/2015 | 13,465.90 | 13,465.90 | | | | | | 0.00 |
| 335 | App 14.0 | 08/31/2015 | 15,642.50 | 15,642.50 | | | | | | 0.00 |
| 366 | App 16.0 | 10/31/2015 | 8,645.70 | 8,645.70 | | | | | | 0.00 |
| 393 | App15 | 09/30/2015 | 12,543.80 | 12,543.80 | | | | | | 0.00 |
| 505 | Add Retainage1 | 05/31/2015 | 8,554.00 | 8,554.00 | | | | | | 0.00 |
| 506 | Add Retainage1 | 06/30/2015 | 14,856.70 | 14,856.70 | | | | | | 0.00 |
| 507 | Add Retainage1 | 07/31/2015 | 3,475.00 | 3,475.00 | | | | | | 0.00 |
| 553 | OB Ret 1/1/201' | 01/01/2015 | 53,758.00 | 53,758.00 | | | | | | 0.00 |
| 611 | App 17 | 11/30/2015 | 3,002.50 | 3,002.50 | | | | | | 0.00 |
| 614 | Add Retainage8 | 02/28/2015 | 6,925.63 | 6,925.63 | | | | | | 0.00 |
| 615 | Add Retainage9 | 03/31/2015 | 6,444.00 | 6,444.00 | | | | | | 0.00 |
| 617 | Add Retainage1 | 04/30/2015 | 10,667.00 | 10,667.00 | | | | | | 0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Schedule B11 - Accounts Receivable** | | | | | | | | | |
| **Crowne Architectural Systems/Case No. 17-13404** | | | | | | | | | |
| 618 | Req 18 | 01/31/2016 | 5,325.60 | 5,325.60 | | | | | 0.00 |
| 725 | Req 19 Pencil | 03/01/2016 | 1,280.00 | 1,280.00 | | | | | 0.00 |
| 890 | Req 20 | 06/30/2016 | 2,194.20 | 2,194.20 | | | | | 0.00 |
| | | **Job Totals:** | **199,337.40** | **199,337.40** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| **900** | **Misc.Income Job** | | | | | | | | |
| 979 | 4E75-070116 | 07/01/2016 | 816.00 | | | | | 816.00 | 816.00 |
| 980 | S129-052516 | 07/18/2016 | 1,076.95 | | | | | 1,076.95 | 1,076.95 |
| 981 | 12E13-71816 | 07/18/2016 | 846.00 | | | | | 846.00 | 846.00 |
| 1073 | A2-082416 | 10/05/2016 | 8,170.00 | | | | | 8,170.00 | 8,170.00 |
| 1131 | 113-101216 | 11/12/2016 | 2,379.76 | | | | 2,379.76 | | 2,379.76 |
| 1132 | 113-112216 | 12/22/2016 | 254.58 | | | 254.58 | | | 254.58 |
| | | **Job Totals:** | **13,543.29** | **0.00** | **0.00** | **0.00** | **254.58** | **2,379.76** | **10,908.95** | **13,543.29** |
| **114** | **One Soho Square** | | | | | | | | |
| 131 | App 12 | 07/27/2015 | 54,196.80 | 54,196.80 | | | | | 0.00 |
| 220 | App9 | 04/15/2015 | 31,375.00 | 31,375.00 | | | | | 0.00 |
| 243 | App10 | 05/18/2015 | 15,525.00 | 15,525.00 | | | | | 0.00 |
| 286 | App11 | 06/15/2015 | 8,429.70 | 8,429.70 | | | | | 0.00 |
| 354 | App 14 | 10/15/2015 | 5,607.50 | 5,607.50 | | | | | 0.00 |
| 395 | App 13 | 09/10/2015 | 2,114.00 | 2,114.00 | | | | | 0.00 |
| 443 | App 15 | 11/19/2015 | 57,305.80 | 57,305.80 | | | | | 0.00 |
| 582 | OB Ret 1/1/201 | 01/01/2015 | 85,301.00 | 85,301.00 | | | | | 0.00 |
| 583 | Req 16 | 01/31/2016 | 14,808.60 | 14,808.60 | | | | | 0.00 |
| 584 | Ret on Req 8 | 01/01/2015 | 13,585.00 | 13,585.00 | | | | | 0.00 |
| 699 | Req 17 Pencil | 03/01/2016 | 8,532.87 | 8,532.70 | | | | 0.17 | 0.17 |
| 766 | Req 18 | 03/30/2016 | 27,087.50 | 27,087.50 | | | | | 0.00 |
| 809 | Req 19 | 04/30/2016 | 6,068.40 | 6,068.40 | | | | | 0.00 |
| 870 | Req 20 | 05/30/2016 | 31,213.76 | 31,213.76 | | | | | 0.00 |
| 887 | Req 21 | 06/30/2016 | 850.55 | 850.55 | | | | | 0.00 |
| 950 | Req 22 | 07/30/2016 | 29,806.40 | 29,806.40 | | | | | 0.00 |
| 986 | Req 23 | 08/30/2016 | 29,904.40 | 29,904.40 | | | | | 0.00 |
| 1041 | Req 25 | 10/30/2016 | 45,763.10 | 45,763.10 | | | | | 0.00 |
| 1044 | Req 24 | 09/30/2016 | 27,142.20 | 27,142.20 | | | | | 0.00 |
| 1067 | Req 26 | 11/30/2016 | 814.05 | 814.05 | | | | | 0.00 |

**Schedule B11 - Accounts Receivable**
**Crowne Architectural Systems/Case No. 17-13404**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1071 | Req 25 adj | 10/30/2016 | 4,798.95 | 4,798.95 | | | | | | 0.00 |
| 1102 | Req 27 | 12/30/2016 | 22,730.35 | 22,730.35 | | | | | | 0.00 |
| 1130 | Req 26- True Up | 11/30/2016 | 69,708.50 | 69,708.50 | | | | | | 0.00 |
| 1150 | Req 28- Dec | 01/30/2017 | 445,429.00 | 44,542.90 | | 400,886.10 | | | | 400,886.10 |
| 1174 | Req 29 | 03/02/2017 | 284,386.09 | 28,438.61 | 255,947.48 | | | | | 255,947.48 |
| | **Job Totals:** | | **1,322,484.52** | **665,650.77** | **255,947.48** | **400,886.10** | **0.00** | **0.00** | **0.17** | **656,833.75** |
| | | | | | | | | | | |
| **156** | **Philmont/Wang (Albany)** | | | | | | | | | |
| 684 | Req 1 | 06/15/2015 | 32,291.15 | 32,291.15 | | | | | | 0.00 |
| 686 | Req 2 | 12/31/2015 | 15,596.75 | 15,596.75 | | | | | | 0.00 |
| 716 | Req 3 Pencil | 03/01/2016 | 5,226.00 | 5,226.00 | | | | | | 0.00 |
| 780 | Req 4 | 03/30/2016 | 2,008.40 | 2,008.40 | | | | | | 0.00 |
| 823 | Req 5 | 04/30/2016 | 1,275.25 | 1,275.25 | | | | | | 0.00 |
| 858 | Req 6 | 05/30/2016 | 907.00 | 907.00 | | | | | | 0.00 |
| 939 | Req 7 | 07/30/2016 | 11,020.60 | 11,020.60 | | | | | | 0.00 |
| 1056 | Req 8 | 10/30/2016 | 2,394.65 | 2,394.65 | | | | | | 0.00 |
| 1143 | Req 9 | 01/29/2017 | 767.85 | 767.85 | | | | | | 0.00 |
| | **Job Totals:** | | **71,487.65** | **71,487.65** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| | | | | | | | | | | |
| **176** | **Port Imperial - Landsea Site 7** | | | | | | | | | |
| 1094 | Req 1 | 10/31/2016 | 52,850.00 | 5,285.00 | | | | | 47,565.00 | 47,565.00 |
| 1163 | Req 2 | 01/31/2017 | 16,639.45 | | 16,639.45 | | | | | 16,639.45 |
| | **Job Totals:** | | **69,489.45** | **5,285.00** | **16,639.45** | **0.00** | **0.00** | **0.00** | **47,565.00** | **64,204.45** |
| | | | | | | | | | | |
| **151** | **Sky Box** | | | | | | | | | |
| 232 | App1 | 04/10/2015 | 4,500.00 | 4,500.00 | | | | | | 0.00 |
| 262 | App2 | 05/13/2015 | 21,577.50 | 21,577.50 | | | | | | 0.00 |
| 285 | App3 | 06/11/2015 | 25,179.70 | 25,179.70 | | | | | | 0.00 |
| | **Job Totals:** | | **51,257.20** | **51,257.20** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

**172  USDAN Carriage House**

**Schedule B11 - Accounts Receivable**
**Crowne Architectural Systems/Case No. 17-13404**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 804 | Req#3 | 03/03/2016 | 1,812.70 | | | | | | 1,812.70 | 1,812.70 |
| | | Job Totals: | **1,812.70** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **1,812.70** | **1,812.70** |
| | | Grand Totals: | **17,507,615.01** | **8,951,100.57** | **2,635,404.56** | **3,001,633.54** | **917,813.32** | **121,929.17** | **1,879,733.85** | **8,556,514.44** |

**Schedule B39 - Office Furniture/Fixtures**
**Crowne Architectural Systems/Case No. 17-13404**

| Record# | Trans# | Date | Description | Payee/Vendor/Job/Client | Debit | Credit | Balance |
|---------|--------|------|-------------|-------------------------|-------|--------|---------|
| **1860 Furniture & Fixtures** | | | | | | Balance Forward: | **0.00** |
| 16621 | 18457 | 04/11/2016 | Selective Racking | 631 - Highlander Equipment Rentals, Inc | 4,265.02 | | 4,265.02 |
| 23627 | JE 6-3 | 06/30/2016 | Reclass Misposts | 631 - Highlander Equipment Rentals, Inc | | 4,265.02 | 0.00 |
| | | | | Totals: | **4,265.02** | **4,265.02** | **0.00** |

**Schedule B41 - Office Equipment/Communication Equipment**
**Crowne Architectural Systems/Case No. 17-13404**

| Record# | Trans# | Date | Description | Payee/Vendor/Job/Client | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **1840 Office Equipment** | | | | | | Balance Forward: | 101,907.24 |
| 17566 | a/c-6675 17 | 05/01/2016 | Computers | 681 - Dell Financial Services | 5,943.80 | | 107,851.04 |
| 20296 | XJXPMXFD4 | 06/15/2016 | Computer | 681 - Dell Financial Services | 1,749.66 | | 109,600.70 |
| 20297 | XJXPMT5R5 | 06/15/2016 | Computer | 681 - Dell Financial Services | 191.95 | | 109,792.65 |
| 21748 | XK119FFK9 | 07/07/2016 | Tablet - Demo | 681 - Dell Financial Services | 203.28 | | 109,995.93 |
| 23363 | JE1/11 | 06/30/2016 | Reclass Mispost | 71 - Jefric Consulting LLC | 7,798.26 | | 117,794.19 |
| 24453 | Xk1cjr5c8 | 08/21/2016 | Computers | 681 - Dell Financial Services | 2,659.02 | | 120,453.21 |
| 26535 | 08252016 | 08/25/2016 | two new office phones | 84 - Midsouth Telecom Repair | 150.00 | | 120,603.21 |
| 30067 | 78757927 | 11/14/2016 | Tablets lease pmt | 681 - Dell Financial Services | 1,076.93 | | 121,680.14 |
| 31569 | 1018/16 | 10/18/2016 | Gate - Remotes | 323 - Amazon | 78.51 | | 121,758.65 |
| 32551 | 145010 | 12/29/2016 | Mike V - Camera & Mic | 1254 - Nu-Age Industries | 112.17 | | 121,870.82 |
| 33246 | 12312016 Y | 12/31/2016 | to reclass dell lease pmt | | | 1,076.93 | 120,793.89 |
| 33247 | 11012016 | 11/01/2016 | to record Dell Tablet purchase | to record liability | 38,774.16 | | 159,568.05 |
| 33363 | 11012016 | 11/01/2016 | to record Dell LOC Purchases | to record liability | 19,943.13 | | 179,511.18 |
| | | | | Totals: | 78,680.87 | 1,076.93 | 179,511.18 |
| **1850 Communication Equipment** | | | | | | Balance Forward: | 0.00 |
| | | | | Totals: | 0.00 | 0.00 | 0.00 |

**Schedule B50 -Shop Equipment/Tools/Heavy Equipment/Transportation Equipmment**
**Crowne Architectural Systems/Case No. 17-13404**

| Record# | Trans# | Date | Description | Payee/Vendor/Job/Client | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **1800 Heavy Equipment** | | | | | | Balance Forward: | 0.00 |
| | | | | | Totals: | 0.00 | 0.00 | 0.00 |
| **1810 Vehicles** | | | | | | Balance Forward: | 0.20 |
| 23285 | JE 6-3 | 06/30/2016 | Reclass | | | 0.20 | 0.00 |
| | | | | | Totals: | 0.00 | 0.20 | 0.00 |
| **1820 Shop Equipment** | | | | | | Balance Forward: | 0.00 |
| 19521 | Advance Py | 06/15/2016 | Shop Equip Lease Dp | 65 - Intech Funding Corp. | 7,694.00 | | 7,694.00 |
| 19910 | L1621433 A | 06/15/2016 | Shop Equip Lease DP | 65 - Intech Funding Corp. | 395.00 | | 8,089.00 |
| 21832 | 18837 | 06/30/2016 | Cantilever Racking | 631 - Highlander Equipment Rentals, Inc | 22,137.60 | | 30,226.60 |
| 22085 | 18836 | 06/30/2016 | Cantilever Racking | 631 - Highlander Equipment Rentals, Inc | 5,586.47 | | 35,813.07 |
| 22425 | 23622967 | 07/19/2016 | Compressor | 726 - Ingersoll Rand | 6,137.62 | | 41,950.69 |
| 23311 | JE 6-4 | 06/30/2016 | Record Intech Lease | 65 - Intech Funding Corp. | 209,120.00 | | 251,070.69 |
| 23311 | JE 6-4 | 06/30/2016 | Record Intech Lease | 65 - Intech Funding Corp. | | 7,694.00 | 243,376.69 |
| 23311 | JE 6-4 | 06/30/2016 | Record Intech Lease | 65 - Intech Funding Corp. | | 395.00 | 242,981.69 |
| 23627 | JE 6-3 | 06/30/2016 | Reclass Misposts | 631 - Highlander Equipment Rentals, Inc | 4,265.00 | | 247,246.69 |
| 26193 | 0004191-00 | 10/04/2016 | Shop Fab Equipment | 754 - Manufacturers Capital LLC | 3,282.35 | | 250,529.04 |
| 27515 | 10032016 | 10/03/2016 | CNC - Smartconsole | 164 - AXYZ Ohio Valley Region, Inc. | 1,316.78 | | 251,845.82 |
| 27517 | 10062016 | 10/06/2016 | Circuit Breaker | 776 - Mr. Supply | 67.97 | | 251,913.79 |
| 32538 | 10012016 | 10/01/2016 | record Manuf Capital Liability | record Manuf Capital Liability | 176,580.00 | | 428,493.79 |
| | | | | | Totals: | 436,582.79 | 8,089.00 | 428,493.79 |
| **1830 Tools** | | | | | | Balance Forward: | 0.00 |
| 21743 | 5342498 | 07/08/2016 | Tools-Repairs&Replacement | 166 - Tanner Bolt & Nut Corp. | 7,816.73 | | 7,816.73 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Schedule B50 -Shop Equipment/Tools/Heavy Equipment/Transportation Equippment** |
| Crowne Architectural Systems/Case No. 17-13404 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 22885 | 07142016 | 07/14/2016 | Material | 596 - MSC Industrial Supply | 293.36 | 8,110.09 |
| 25707 | 07142016 | 07/14/2016 | tools | the home depot | 62.04 | 8,172.13 |
| 25708 | 07142016 | 07/14/2016 | Material | 596 - MSC Industrial Supply | 137.36 | 8,309.49 |
| 25781 | 08032016 | 08/03/2016 | tools | 571 - Woods Powr-Grip | 1,062.81 | 9,372.30 |
| 26532 | 75920126 | 08/22/2016 | material | 243 - McMaster-Carr | 210.98 | 9,583.28 |
| 26697 | 09022016 | 09/02/2016 | tools | Lowes | 124.08 | 9,707.36 |
| 26702 | 08312016 | 08/19/2016 | Material - 4 charges | 596 - MSC Industrial Supply | 1,609.86 | 11,317.22 |

Totals: 11,317.22    0.00    11,317.22

**1865 Transport Equip**                                        Balance Forward:    108,040.70

| | | | | | | |
|---|---|---|---|---|---|---|
| 26103 | 518132 | 07/29/2016 | 26ft Flatbed - Rental | 627 - Mendon Trucking | 1,187.77 | 109,228.47 |
| 26105 | 518261 | 08/09/2016 | 26ft Flatbed - Rental | 627 - Mendon Trucking | 579.00 | 109,807.47 |
| 26107 | 518205 | 08/09/2016 | 26ft Flatbed - Rental | 627 - Mendon Trucking | 583.96 | 110,391.43 |
| 26699 | Truck Renta | 08/23/2016 | 26ft Flatbed - Rental | 627 - Mendon Trucking | 592.23 | 110,983.66 |
| 26700 | Truck Renta | 08/30/2016 | 26ft Flatbed - Rental | 627 - Mendon Trucking | 592.23 | 111,575.89 |
| 26701 | Truck Renta | 09/09/2016 | 26ft Flatbed - Rental | 627 - Mendon Trucking | 595.54 | 112,171.43 |
| 26733 | Truck Renta | 08/16/2016 | 26ft Flatbed - Rental | 627 - Mendon Trucking | 600.50 | 112,771.93 |
| 27442 | 518614 | 09/20/2016 | 26ft Flatbed - Rental | 627 - Mendon Trucking | 600.50 | 113,372.43 |
| 27451 | 518748 | 10/04/2016 | 26ft Flatbed - Rental | 627 - Mendon Trucking | 608.77 | 113,981.20 |
| 27453 | 518786 | 10/11/2016 | 26ft Flatbed - Rental | 627 - Mendon Trucking | 590.42 | 114,571.62 |
| 27486 | 518568 | 09/12/2016 | 26ft Flatbed - Rental | 627 - Mendon Trucking | 610.42 | 115,182.04 |
| 28532 | 518691 | 09/26/2016 | 26ft Flatbed - Rental | 627 - Mendon Trucking | 593.88 | 115,775.92 |
| 30118 | 519056 | 11/08/2016 | 26ft Flatbed - Rental | 627 - Mendon Trucking | 583.96 | 116,359.88 |
| 30131 | 519038 | 10/31/2016 | 26ft Flatbed - Rental | 627 - Mendon Trucking | 592.24 | 116,952.12 |
| 30133 | 518946 | 10/25/2016 | 26ft Flatbed - Rental | 627 - Mendon Trucking | 610.42 | 117,562.54 |
| 30137 | 518837 | 10/10/2016 | 26ft Flatbed - Rental | 627 - Mendon Trucking | 592.23 | 118,154.77 |
| 33249 | 519154 | 11/15/2016 | 26ft Flatbed - Rental | 627 - Mendon Trucking | 593.88 | 118,748.65 |
| 33256 | 12312016 Y | 12/31/2016 | to reclass trucking expense | to reclass trucking expense | 10,114.07 | 108,634.58 |

Totals: 10,707.95   10,114.07        108,634.58

**1866 Heavy Equip**                                        Balance Forward:    809,876.00

| | | | | | | |
|---|---|---|---|---|---|---|
| 14440 | 01E687678( | 03/16/2016 | Forklift Purchase | 313 - Maintainco Incorporated | 11,235.00 | 821,111.00 |
| 16674 | 16-1224 | 04/15/2016 | Milling Machine | 691 - Machinery Values Of NJ INC | 11,950.00 | 833,061.00 |
| 17134 | 16-1224a | 04/15/2016 | Payment Credit | 691 - Machinery Values Of NJ INC | 4,000.00 | 829,061.00 |

**Schedule B50 - Shop Equipment/Tools/Heavy Equipment/Transportation Equippment**
**Crowne Architectural Systems/Case No. 17-13404**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17143 | 3225 | 04/15/2016 | Magnabend | 687 - HydraPower | 11,950.00 | | 841,011.00 |
| 19593 | Inv-184931 | 05/27/2016 | Power Cups - Repairs | 571 - Woods Powr-Grip | 2,548.81 | | 843,559.81 |
| 20361 | 42 | 06/23/2016 | Electric Hoist | 725 - Hi-Tech Hoist LLC | 6,275.00 | | 849,834.81 |
| 22882 | 07132016 | 07/13/2016 | Compressor Motor | Southern parts and Engeenering | 780.42 | | 850,615.23 |
| 23281 | JE 6-3 | 06/30/2016 | Reclass Misposts | 725 - Hi-Tech Hoist LLC | | 6,275.00 | 844,340.23 |
| 23628 | JE 6-3 | 06/30/2016 | Reclass Misposts | 571 - Woods Powr-Grip | | 2,548.81 | 841,791.42 |
| 24002 | 01S717657( | 08/03/2016 | Forklift Repair - Komatsu | 313 - Maintainco Incorporated | 3,026.90 | | 844,818.32 |
| 24111 | 01E687678( | 07/01/2016 | Forklift Purchase | 313 - Maintainco Incorporated | 172.00 | | 844,990.32 |
| 25681 | T30388 | 09/22/2016 | Telehandler - Repair | 451 - Pride Equipment | 10,358.32 | | 855,348.64 |
| | | | | **Totals:** | 58,296.45 | 12,823.81 | 855,348.64 |

**1870 Buildings**                                                                        Balance Forward:        0.00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | **Totals:** | 0.00 | 0.00 | 0.00 |

**1880 Land**                                                                            Balance Forward:        0.00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | **Totals:** | 0.00 | 0.00 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | **Grand Total:** | 516,904.41 | 31,027.08 | 1,403,794.23 |

**SCHEDULE E - UNSECURED PRIORITY CLAIMS - WAGES**
**Crowne Architechtural Systems/Case No. 17-13404**

| Employee Name | Claim Amt |
|---|---|
| Abdulsamed, Malik | $ 520.00 |
| Abreu, Eddy S. | $ 800.00 |
| Adeleke, Ibraheem | $ 360.00 |
| Ajdini, Jeton | $ 1,120.00 |
| Ajdinovski, Albin | $ 1,056.00 |
| Akhmedov, Sherzod | $ 736.00 |
| Algazauneh, Ihab A. | $ 1,050.00 |
| Alleys, Maximo A. | $ 945.00 |
| Almonte Cedeno, Alvin A. | $ 770.50 |
| Aminova, Marina | $ 1,596.16 |
| Anevski, Timothy | $ 752.00 |
| Arnautov, Marko | $ 1,120.00 |
| Aya, Jacob | $ 1,785.00 |
| Baez, Manuel Reyes | $ 960.00 |
| Balogun, Ibrahim | $ 700.00 |
| Barbakadze, Levan | $ 960.00 |
| Barksdale, Roger | $ 483.00 |
| Bektas, Mustafa | $ 1,178.00 |
| Belthoff, Thomas C. | $ 3,076.92 |
| Bertrand, Royston R. | $ 972.00 |
| Betancourt, Seleny | $ 846.40 |
| Bisasor, Yohaine | $ 960.00 |
| Boseroy, Ona | $ 961.54 |
| Briones, John | $ 200.00 |
| Bunay Ordonez, Rene | $ 900.00 |
| Burgos Garcia, Juan Carlos | $ 1,408.00 |
| Campos, Milton | $ 800.00 |
| Canales Erazo, Mauricio Antonio | $ 1,140.00 |
| Casey, Steven | $ 480.00 |
| Cerna, Yonathan | $ 504.00 |

**SCHEDULE E - UNSECURED PRIORITY CLAIMS - WAGES**

**Crowne Architechtural Systems/Case No. 17-13404**

| Employee Name | Claim Amt |
|---|---|
| Champion, Brendan | $ 2,080.00 |
| Charity, Trevor | $ 460.00 |
| Charkhoshvili, Olegi | $ 600.00 |
| Chkhaidze, Temur | $ 744.00 |
| Cingo, Boro | $ 1,280.00 |
| Danielo, Michael | $ 408.00 |
| Dantel, Vickie | $ 608.00 |
| De La Cruz, Michael | $ 630.00 |
| DeAlmeida, Edvaldo M. | $ 960.00 |
| DeLecce, Spencer | $ 640.00 |
| Desposito, Christopher J. | $ 874.00 |
| Diaz, Crony | $ 400.00 |
| Dimovski, Stefan | $ 480.00 |
| Domazetovski, Antonio | $ 1,027.00 |
| Doniyorov, Amin | $ 960.00 |
| Duplaga, Kamil | $ 1,088.00 |
| Ellenberg, George H. | $ 1,346.15 |
| Erli, Ioan John | $ 600.00 |
| Fedyszyn, Kevin J. | $ 800.00 |
| Feliz, Enmanuel | $ 1,923.08 |
| Fermin, Cabrera Joel | $ 828.37 |
| Filipkowski, Andrzej | $ 1,024.00 |
| Filipkowski, Pawel | $ 1,184.00 |
| Flores, Jovanny | $ 1,296.00 |
| Florez, Ricardo | $ 945.00 |
| Frakulla, Bledar | $ 800.00 |
| Franklin, Earl W. | $ 892.50 |
| Gagua, Mamia | $ 1,423.50 |
| Gajda, Piotr Tomasz | $ 1,120.00 |
| Gala, Pavol | $ 2,124.00 |

**SCHEDULE E - UNSECURED PRIORITY CLAIMS - WAGES**
**Crowne Architechtural Systems/Case No. 17-13404**

| Employee Name | Claim Amt |
|---|---|
| Gando, Maria P. | $ 1,923.08 |
| Garcia Torres, Felix | $ 949.00 |
| Gassama, Badara A. | $ 576.00 |
| Gaton Nunez, Jean Manuel | $ 480.00 |
| German, Luis | $ 800.00 |
| Gilligan, Timothy | $ 846.40 |
| Girdharry, Dave | $ 960.00 |
| Godlewski, Andrzej | $ 1,152.00 |
| Golabek, Adam T. | $ 1,280.00 |
| Golak, Arkadiusz | $ 2,500.00 |
| Gomez, George | $ 1,100.00 |
| Gould, John | $ 600.00 |
| Grabowski, Lukasz | $ 1,120.00 |
| Grant, Jude J. | $ 912.00 |
| Griffin, Tyler | $ 640.00 |
| Gustave, Ashley | $ 1,312.00 |
| Hamilton, James C. | $ 1,593.93 |
| Hand, Brian | $ 2,211.54 |
| Has, Mehmet Ferit | $ 1,376.00 |
| Hawkins, Tilghman A. | $ 396.00 |
| Hellar, Ryan T. | $ 961.54 |
| Helt, Norman | $ 736.00 |
| Herdzik, Robert | $ 2,076.80 |
| Hernandez, Andres | $ 798.00 |
| Hnativ, Mykhailo | $ 800.00 |
| Holody, Mateusz | $ 1,449.00 |
| Hyseni, Ervis | $ 640.00 |
| Illioski, Branko | $ 840.00 |
| Iovine, Joseph | $ 72.00 |
| Iuliu, George | $ 944.00 |

**SCHEDULE E - UNSECURED PRIORITY CLAIMS - WAGES**

**Crowne Architechtural Systems/Case No. 17-13404**

| Employee Name | Claim Amt |
|---|---|
| Ivanoski, Daniel | $ 1,140.00 |
| Jagielski, Michael B. | $ 1,120.00 |
| Janevski, Yanne | $ 1,440.00 |
| Janowksi, Michal | $ 950.00 |
| Janowski, Wojciech | $ 1,540.25 |
| Jimenez, Felix A. | $ 1,522.50 |
| Jumayev, Nurbek | $ 960.00 |
| Jurcak, Peter | $ 960.00 |
| Kaca, Suad | $ 800.00 |
| Kakareko, III, Walter | $ 1,600.00 |
| Kakareko, IV, Walter S. | $ 1,015.00 |
| Kalocal, Jozef | $ 972.00 |
| Kaminskyy, Vasyl | $ 1,240.00 |
| Kapowicz, Tomasz | $ 1,444.00 |
| Khanzhin, Pavel | $ 720.00 |
| Khubetsov, Soso | $ 627.00 |
| Klitzsch, Daren | $ 800.00 |
| Kokovski, Michael | $ 600.00 |
| Koneski, Igor | $ 849.36 |
| Konior, Krzysztof | $ 960.00 |
| Kornasiewicz, Jerzy A. | $ 624.00 |
| Kotevski, Bobi | $ 950.00 |
| Koziol, Tomas | $ 1,350.50 |
| Kraja, Arben | $ 920.00 |
| Krkacovski, Tomce | $ 770.00 |
| Krupa, Stanislow | $ 1,280.00 |
| Krzyzanowski, Sebastian | $ 720.00 |
| Kuzmanovski, Blagoj | $ 368.00 |
| Kwiatkowski, Robert | $ 648.00 |
| Lambert, Kaprie | $ 648.00 |

**SCHEDULE E - UNSECURED PRIORITY CLAIMS - WAGES**

**Crowne Architechtural Systems/Case No. 17-13404**

| Employee Name | Claim Amt |
|---|---|
| Lamm, Joshua D | $ 1,442.31 |
| Lara, Amaury | $ 840.00 |
| Lara, Zullin | $ 1,120.00 |
| Laszckowski, Dryzsztof | $ 1,280.00 |
| Lazaro, Mote | $ 1,314.00 |
| Leibovic, Gabriel | $ 2,788.47 |
| Lester, Jerry W. | $ 657.00 |
| Liburd, Adrian S | $ 1,120.00 |
| Lucas, Neil | $ 2,115.39 |
| Luke, Reinaldo G | $ 1,280.00 |
| Lyons, Dylan | $ 874.00 |
| Macaluso, Kenneth | $ 700.00 |
| Maceski, Donco | $ 1,280.00 |
| Maksudov, Obidjon | $ 1,012.00 |
| Maliashvilli, Zakaria | $ 768.00 |
| Manzanillo, Ravello | $ 2,024.00 |
| Marshall, Neil | $ 600.00 |
| Martinez, Efreny | $ 1,277.50 |
| Martinez-ramirez, Candido C | $ 1,634.00 |
| Massaro, Salvatore | $ 1,980.00 |
| McDermott, ichael | $ 640.00 |
| Mejia, Edwin | $ 1,280.00 |
| Mendez, Rosalio | $ 1,140.00 |
| Meskhi, Onise | $ 960.00 |
| Mirzaev, Sherzod | $ 990.00 |
| Mitchell, Kamanda | $ 960.00 |
| Morales, William | $ 684.00 |
| Morelli, Sam | $ 1,140.00 |
| Necaj, Besnik | $ 920.00 |
| Nedeski, Kire | $ 1,140.00 |

**SCHEDULE E - UNSECURED PRIORITY CLAIMS - WAGES**

**Crowne Architechtural Systems/Case No. 17-13404**

| Employee Name | Claim Amt |
|---|---|
| Nicheski, Riste | $ 960.00 |
| Nikocaz, Dzevat | $ 800.00 |
| Nikoloski, Ljupcho | $ 1,277.50 |
| Nogal, Andrzej | $ 1,225.00 |
| Norris, Parris | $ 1,120.00 |
| Olaniyi, Muideen A | $ 1,491.00 |
| Olaoye, Olayemi | $ 1,206.00 |
| Olson, Erik | $ 1,440.00 |
| Omplimakh, Alexey | $ 576.00 |
| Oracevski, Nikola | $ 1,440.00 |
| Ortega, Juan C | $ 1,140.00 |
| Ortega, Olger Rodrigo | $ 720.00 |
| Ortiz Guzman, Gonzalo | $ 1,050.00 |
| Osinaike, Oluwasegun L | $ 480.00 |
| Osyagin, Denis | $ 1,280.00 |
| Padilla Martinez, Juan Carlos | $ 832.00 |
| Pallotta, Nicholas | $ 3,076.92 |
| Perdue, Dorian | $ 836.00 |
| Perkin, Taner | $ 2,596.16 |
| Pienczykowski, Grzegorz | $ 1,225.00 |
| Pink, Charles | $ 704.00 |
| Plociennik, Adrian | $ 720.00 |
| Poetsch, Daniel | $ 1,200.00 |
| Polcwiartek, Rafal | $ 1,387.00 |
| Popoola, Ademola | $ 800.00 |
| Powell, Lester | $ 768.00 |
| Prawdzik, Lukasz | $ 1,152.00 |
| Primavera, Christopher | $ 2,096.16 |
| Pydana, Rohan | $ 832.00 |
| Quinones, Ramon | $ 740.00 |

**SCHEDULE E - UNSECURED PRIORITY CLAIMS - WAGES**
**Crowne Architechtural Systems/Case No. 17-13404**

| Employee Name | Claim Amt |
|---|---|
| Quintero-Nunez, Irvin | $ 912.50 |
| Reyes, Gregorio | $ 1,548.00 |
| Reyes, Jason D | $ 800.00 |
| Rivera, Ricardo | $ 800.00 |
| Riveron, Alain | $ 2,115.39 |
| Rizaev, Ahtam | $ 576.00 |
| Rizvani, Muamer | $ 768.00 |
| Roberts, Lamar | $ 864.00 |
| Rodriguez Herdoiza, Wilson W. | $ 875.00 |
| Rodriguez, Winston | $ 1,140.00 |
| Rogalski, Karol | $ 1,575.00 |
| Rommel, Andries O. | $ 356.27 |
| Rosario, Carlos | $ 840.00 |
| Rosario, Jeffry | $ 1,295.00 |
| Rosario, Kristopher | $ 600.00 |
| Rosario, Ramon | $ 730.00 |
| Rusynyak, Yuriy | $ 1,520.00 |
| Rutnik, Brian | $ 2,692.31 |
| Rutowski, Artur | $ 1,120.00 |
| Sabashvilli, Archil | $ 960.00 |
| Safarov, Khusan | $ 800.00 |
| Samina, Elkjor | $ 720.00 |
| Sanakulov, Matniyoz | $ 640.00 |
| Sarno, Edward | $ 1,280.00 |
| Schombert, Richard | $ 800.00 |
| Shchukin, Sergii | $ 630.00 |
| Shtrlovski, Gjorgjija | $ 1,482.00 |
| Simicich, Joseph | $ 960.00 |
| Singh, Mark N. | $ 800.00 |
| Skolsky, Kyle | $ 1,153.85 |

**SCHEDULE E - UNSECURED PRIORITY CLAIMS - WAGES**

**Crowne Architechtural Systems/Case No. 17-13404**

| Employee Name | Claim Amt |
|---|---|
| Sloan, Barry | $  2,788.47 |
| Slocum, Michael | $  1,120.00 |
| Soatov, Azamat | $  740.00 |
| Sorio, Jetteau | $  1,140.00 |
| Sosa, Louis | $  1,189.00 |
| Srpcanski, Aleksandar | $  1,120.00 |
| Stambuliski, Borche | $  1,027.00 |
| Stankowski, Mariusz | $  1,024.00 |
| Sternlicht, Jonathan | $  2,692.31 |
| Szewcyz, Mariusz | $  960.00 |
| Tacktill, Matthew | $  600.00 |
| Taras, Bronislaw | $  960.00 |
| Tedesco, Paul | $  4,807.70 |
| Torres, Joshua | $  510.00 |
| Troptchen, Vladimir D. | $  840.00 |
| Tucker, David | $  3,461.55 |
| Tymofiejewicz, Grzegorz | $  1,184.00 |
| Urena, Victor | $  700.00 |
| Van Riper, Michael R. | $  3,557.69 |
| Varelis, Alexander | $  320.00 |
| Vargas Pena, Domingo Antoni | $  730.00 |
| Vasquez, David | $  590.25 |
| Vasquez, David | $  760.00 |
| Vasquez, Juan | $  640.00 |
| Vega, Irma | $  480.00 |
| Vega, Jimena | $  846.16 |
| Vega-Marte, Ramon | $  770.00 |
| Ventre, Adele F. | $  1,442.31 |
| Veseli, Bajram | $  1,440.00 |
| Vodenicharovski, Aleksandar | $  1,380.00 |

**SCHEDULE E - UNSECURED PRIORITY CLAIMS - WAGES**
**Crowne Architechtural Systems/Case No. 17-13404**

| Employee Name | Claim Amt |
|---|---|
| Wainstein, Devon | $ 1,077.12 |
| Walczuk, Lukasz | $ 989.96 |
| Walczuk, Lukasz | $ 1,533.00 |
| Wankowicz, Piotr M. | $ 1,440.00 |
| Watkins, William W. | $ 960.00 |
| Williams Michael | $ 960.00 |
| Wit, Rafel | $ 1,920.00 |
| Wolinski, Tomasz | $ 1,536.00 |
| Zajkowski, Marcin | $ 1,152.00 |
| Zarow, Andrzej | $ 1,028.51 |
| Zarow, Andrzej | $ 2,153.50 |
| Zywiec, Tomasz | $ 1,184.00 |
| **Total:** | **$ 278,509.28** |

## United States Bankruptcy Court
### District of New Jersey

In re   **Crowne Architectural Systems, Inc.**                                    Case No.   __17-13404__

_____   Chapter   __7__
Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of

creditors is true and correct to the best of my knowledge, information and belief.

See also Global Notes attached hereto.

Date:   **March  7, 2017**                          **/s/ Alexis Travalja**
_____   _____
                                    **Alexis Travalja**/**President and Chief Executive Officer**
                                    Signer/Title

United States Trustee
Office of the US Trustee
One Newark Center
Suite 2100
Newark, NJ 07102


New Jersey Division of Taxation
50 Barrack Street
CN 269
Trenton, NJ 08646


Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016


1425 Realty LLC
Attn: President
PO Box 190242
Brooklyn, NY 11219


360 Training.com, Inc.
Attn: Anna Bradford, General Counsel
13801 Burnettt Road, Suite 100
Austin, TX 78727-1285


A Plus Installs LLC
249 Belleville Avenue, # 55D
Bloomfield, NJ 07003


A Porcel
286 Rider Avenue
Bronx, NY 10451


A&S Window Install
146 Jackson Avenue, 1st Floor
Staten Island, NY 10305


A.W. Meyer Co, Inc.
589 Broad Avenue
Ridgefield, NJ 07657


Able Equipment Rental
1050 Grand Boulevard
Deer Park, NY 11729

Accordant Co, LLC.
365 South Street
Morristown, NJ 07960


Accurate Perforating
3636 South Kedzie Avenue
Chicago, IL 60632


AE Dynamics, LLC
37 Spanish Peak Drive
Bozeman, MT 59718


Alexis Travalja
812 Arrow Lane
Ridgewood, NJ 07450


All Fasteners USA
69 Orchard Street
Ramsey, NJ 07446


Alpolic Materials
401 Volvo Parkway
Chesapeake, VA 23320


Amazon
Attn: David Zapolsky, General Counsel
410 Terry Avenue North
Seattle, WA 98109-5210


American Express Company
Attn: Laureen E. Seeger, General Counsel
200 Vesey Street
New York, NY 10285


Archer & Greiner
One Centennial Square
Haddonfield, NJ 08033


Architectural Testing, Inc.
PO Box 419241
Boston, MA 02241-9241


Arco Steel Company
1422 Chestnut Avenue
Hillside, NJ 07205

AT & T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


Atomic Fuel
21-01 Steinway Street
Astoria, NY 11105-1870


Attorney General of the US
Department of Justice
Constitution Ave and 10th St NW
Washington, DC 20530


Avro Consult Engineering P.C.
740 West End Avenue, Suite 6
New York, NY 10025


B&B Sheet Metal
25-40 50th Avenue
Long Island City, NY 11101


B&W Holdings LLC
Attn: Walter Travalja
4017 Dell Avenue
North Bergen, NJ 07047


Bank of America
Attn: President
70 Batterson Park Road
Farmington, CT 06032


BarVip Glass Corp.
6120 55th Drive
Maspeth, NY 11378


Benzel-Busch Motor Car Corp.
Attn: President
28 Grand Avenue
Englewood, NJ 07631


Boston Valley Terra Cotta
6860 South Abbot Road
Orchard Park, NY 14127

Brightsmith Coaters
599 Ingham Avenue
Trenton, NJ 08638


C.R. Laurence
Attn: Andrew Spooner CSI, CDT
2503 E. Vernon Avenue
Los Angeles, CA 90058


Camaja and Sons Contracting Corp.
8555 Tonnelle Avenue, Unit 204
North Bergen, NJ 07047


Canon Solutions America, Inc.
Attn: President
300 Commerce Square Blvd.
Burlington, NJ 08016


Certified Steel Company
1333 Brunswick Pike, Suite 200
Lawrenceville, NJ 08648


CHB Industries
732 Nesconset Highway, Suite 104B
Smithtown, NY 11787


City Underwriting Agency, Inc.
2001 Marclus Avenue, Suite W180
Lake Success, NY 11042


City W & D, Inc.
85 Ridge Place
Wayne, NJ 07470


Commissioner of Taxation and Finance
NYS Assessment Receivables
PO Box 4127
Binghamton, NY 13902-4127


Consolidated Edison, Inc.
Attn: Mary Kathryn Schutte, Gen Counsel
4 Irving Place, Room 700
New York, NY 10003

Construction Specialties, Inc.
PO Box 415278
Boston, MA 02241


Crystal Springs
PO Box 660579
Dallas, TX 75266-0579


D.S. Specialties Inc.
2740 State Route 11
Mooers, NY 12958


De Lage Landen
Attn: President
1111 Old Eagle School Road
Wayne, PA 19087


De Stefano Engineering Group
40 Sarasota Center Boulevard
Suite 103
Sarasota, FL 34240


Dean Office Solutions LLC
45 Park Place South, Suite 304
Morristown, NJ 07960


Dell Financial Services
Attn: President
Payment Processing Services
PO Box 643561
Pittsburgh, PA 15264-3561


DHL Express
16592 Collections Center Drive
Chicago, IL 60693


Distribution International
9000 Railwood Drive
Houston, TX 77078


Doria Inc.
46-11 54th Avenue
Maspeth, NY 11378

Drexler Transportation, Inc.
12 N 288 Waughon Road
Hampshire, IL 60140


DSNEY Building Services, Inc.
30-01 39th Avenue
Long Island City, NY 11101


Dunlop Access Systems
1 Pine Road
Exeter, NH 03833


Dunn Co Safety LLC
46-39 11th Street
Long Island City, NY 11101


E &T Plastic Manufacturing Comp.
45-45 37th Street
Long Island CIty, NY 11101


Eastern Metal Supply, Inc.
2925 Stewart Creek Blvd
Charlotte, NC 28216


EasyPro Pond Products
4835 E 110th Street
Grant, MI 49327


Elizabeth Industrial Park, LLC
c/o Palin Enterprises
Attn: President
235 Park Avenue South, 8th Floor
New York, NY 10003-1405


Emmegi
20 Murray Hill Parkway, Unit 120
East Rutherford, NJ 07073


Engineering Express
160 SW 12 Avenue, #106
Deerfield Beach, FL 33442


Express Recycling & Sanitation
65 West Tryon Avenue
Teaneck, NJ 07666

Farabaugh Engineering and Testing
401 Wide Drive
McKeesport, PA 15135-1021


Fastenal Company
PO Box 1286
Winona, MN 55987


Feldman Lumber
1281 Metropolitan
Brooklyn, NY 11237


Fenste, Inc.
77-23 138th Street
Flushing, NY 11367


First Insurance Funding Corp.
PO Box 7000
Carol Stream, IL 60197-7000


Focus Security Services, Inc.
98-32 57th Avenue, Apt. 10E
Corona, NY 11368


Force Inc.
21 Harwich Road
East Rockaway, NY 11518


Freightquote.com, Inc.
PO Box 9121
Minneapolis, MN 55480-9121


Garvin Brown Construction Products
30-02 48th Avenue
Long Island City, NY 11101


Global Industrial
29833 Network Place
Chicago, IL 60673-1298


Grainger
Dept 869218362
Palatine, IL 60038

Great Lakes Lifting Solutions
4910 Wilshire Boulevard
Country Club Hills, IL 60478


GS Window Systems
280 Park Avenue South, #16M
New York, NY 10010


Hadco Metals
PO Box 13588
Philadelphia, PA 19178-1227


Hertz Equipment Rental
PO Box 650280
Dallas, TX 75265


Highlander Equipment Rentals, Inc.
110 Clyde Road
Somerset, NJ 08873


Hilti Inc.
PO Box 382002
Pittsburg, PA 15250


Hudson Machine Works
30 Branch Road
Brewster, NY 10509


Imperial Window Corp.
15 Browyer Court
Staten Island, NY 10308


Ingersoll Rand
15768 Collections Center Drive
Chicago, IL 60693


Inline
14093 Balboa Boulevard
Sylmar, CA 91342


Intec Funding Corp.
Attn: President
NW-8178
PO Box 1450
Minneapolis, MN 55485-8178

Intec Funding Corp.
Attn: President
201 East Huntington Drive
Suite 201
Monrovia, CA 91016


Intech Funding Corp.
NW-8178
PO Box 1450
Minneapolis, MN 55485-8178


Intech Funding Corp.
Attn: President
201 E. Huntington Drive
Suite 201
Monrovia, CA 91016


Intelligent Design Technology LLC
21143 Hawthorne Boulevard, #274
Torrance, CA 90503


Interpane Glass
520 E Railroad Street
Clinton, NC 28328


J & S Supply
53-02 37th Street
Long Island City, NY 11101


J. Petrocelli Development Assoc.
100 Comac Street
Riverhead, NY 11901


J.E Berkowitz
PO Box 427
Pedricktown, NJ 08067


Jefric Consulting LLC
PO Box 174
Glen Rock, NJ 07452


Johnny on the Spot, LLC.
3168 Bordentown Avenue
Old Bridge, NJ 08857

Kaufman Dolowich & Voluck LLP
Attn: Andrew Richards, Esq.
135 Crossways Park Drive, Suite 201
Woodury, NY 11797


Kawneer Company Inc.
PO Box 360935
Pittsburg, PA 15251


Kelmar Safety, Inc.
221 West Main Street
Greenfield, IN 46140


Kenseal Construction Products Corp.
PO Box 416199
Boston, MA 02241


KFK Tehnika d.o.o
Dugoselska 5a, Rugvica
HR-10370
DUGO SELO


Krisro Metal Industries
60 Benfield Drive
St. Catherines
ONTARIO L2S 3V5


KWG Industries
330 Roycefield Road, Unit B
Hillsborough, NJ 08844


Liberty Perssonnel Services
410 Feheley Drive
King of Prussia, PA 19406


LIC Lot, LLC
23-02 42nd Road
Long Island City, NY 11101


Lifting Gear Hire Corp
9925 S. Industrial Drive
Bridgeview, IL 60455

Lifting Solutions Corp.
116 Beard Street
Brooklyn, NY 11231


Linetec
PO Box 71954
Chicago, IL 60694-1954


Long Island Tinsmith Supply Corp
76-11 88th Street
Glendale, NY 11385


Lovell Safety Management Co, LLC
110 William Street, 12th Floor
New York, NY 10038-4949


Lowes Home Improvement
7801 Tonnelle Avenue
North Bergen, NJ 07047


Lychinidos LLC
104 Dewey Street, 2nd Floor
Garfield, NJ 07026


Lynch Metals
1061 Lousons Road
Union, NJ 07083


M & M Cleaning Services
219 Miller Avenue
Elmwood, NJ 7407-0000


Maintainco Incorporated
65 East Leuning Street
PO Box 1785
South Hackensack, NJ 07606


Manhattan Steel
41 Garretson Avenue
Bayonne, NJ 07002


Manufacturers Capital LLC
Attn: President
414 Canal Street
New Smyrna Beach, FL 32168

Marjam Supply Company
Attn: General Counsel/Legal Dept.
885 Conklin Street
Farmingdale, NY 11735-2400


Marlin Business Bank
Attn: President
2795 E. Cottonwood Parkway
Suite 120
Salt Lake City, UT 84121


Marr Scaffolding Company
1 D Street
South Boston, MA 02127


Master Craft Finishers, Inc.
30 West Jefryn Boulevard
Deer Park, NY 11729


McMaster-Carr
PO Box 7690
Chicago, IL 60680


Merco Tape
201 Route 59
PO Box 875
Hillburn, NY 10931


Metfab Metals
560 Freeman Street
Orange, NJ 07050


Midwest Curtain Wall, Inc.
5171 Grant Avenue
Cleveland, OH 44125


Milgo/Bufkin
68 Lombardy Street
Brooklyn, NY 11222


Moreseen Corporation
61 Colin Court
Branchburg, NJ 08853

MSC Industrial Supply
75 Maxess Road
Melville, NY 11747-3151


Multavista
51 Lake Street, Unit 3C
Nashua, NH 03060


National Grid
PO Box 11741
Newark, NJ 07101-9839


NES Rentals
PO Box 205572
Dallas, TX 75320-5572


New York State Department of Labor
Unemployment Insurance Division
Harriman State Office Campus
Albany, NY 12240


New York State Department of Labor
Attn: Mr. Paul Reynolds, Jr.
Harriman State Office Campus
Bldg 12, Room 32
Albany, NY 12240


New York State Department of Labor
Attn: Marlene Valdes, Legal Assistant
Harriman State Office Campus
Bldg. 12, Room 5
Albany, NY 12240


New York State Department of Labor
Attn: Stephanie Stashenko, Sr. U.I.
Harriman State Office Campus
Albany, NY 12240


NJ Locksmith & Door Service
713 Kennedy Boulevard
North Bergen, NJ 07047


NJ Office of the Attorney General
Attn: Bankruptcy Notice Section
RJ Hughes Justice Complex
Trenton, NJ 08625

Northeast Gas Services
27 McDermott Place
Bergenfield, NJ 07621


Nu-Age Industries
2 Blue Hill Plaza
Concourse Level
Pearl River, NY 10965


NY State Insurance Fund
PO Box 5238
New York, NY 10008-5238


NYC Dept. of Finance
Bankruptcy Unit
345 Adams Street, 10th Floor
Great Neck, NY 11021


NYS Dept of Taxation & Finance
Attn: Bankruptcy Section
Harriman State Office Campus
Albany, NY 12200


Office Depot
PO Box 630813
Cincinnati, OH 45263-0813


Old Castle BE
12755 Boul. Industriel
Montreal, CANADA H1A 4Z6


OldCastle Building Envelope New Jersey
PO Box 414792
Boston, MA 02241-4792


Oldcastle Building Envelope New York
895 Motor Parkway
Hauppauge, NY 11788


OldCastle Building Envelope Ohio
291 M Street
Perrysburg, OH 43551

Omni Fab, Inc.
822 Anderson Street
New Kensington, PA 15068


One Stop Digital
80 McGuiness Boiulevard
South Brooklyn, NY 11222


Optimum Window Manufacturing
28 Canal Street
Ellenville, NY 12428


Opus Career Management Inc
70 Hudson street, 3rd Floor
Hoboken, NJ 07030


Oxford Health Plans
PO Box 1697
Newark, NJ 07101


PAC-VAN, INC.
75 Remittance Drive, Suite 3300
Chicago, IL 60675-8778


Pacific Funds
Attn: Office of the General Counsel
PO Box 9000
Newport Beach, CA 92658-9030


Pacific Life
Attn: Office of the General Counsel
PO Box 9000
Newport Beach, CA 92658-9030


Peerless Coatings
PO Box 519
Hawthorne, NJ 07507


Platinum Construction
8004 62nd Street
Glendale, NY 11385


Posses & Chasan CPA's PLLC
100 North Centre Avenue
New York, NY 11570

Praxair Dist Mid-Atlantic
425 Avenue P
Newark, NJ 07105


Precision Metal & Glass
117 68th Street, Suite 1
Guttenberg, NJ 07093


Premier Logistics, Inc.
PO Box 605
Rahway, NJ 07065


Pride Equipment
150 Nassau Avenue
Islip, NY 11751


Quinlan & Associates
9 Greaves Place
Cranford, NJ 07016


Reliable Products
1300 Enterprise Road
PO Box 580
Geneva, AL 36340


Robinson Brog Leinwand Green Genovese
875 Third Avenue, 9th Floor
New York, NY 10022


Rochester Insulated Glass
73 Merrick Circle
PO Box 168
Manchester, NY 14504


Rodriguez Glass & Tempering
4501 Dell Avenue
North Bergen, NJ 07047


Roman Contractors, Inc.
PO Box 11
Plainfield, NJ 07061

Ryder Truck Rental, Inc.
d/b/a Ryder Transportation Services
Attn: President
11690 N.W. 105th Street
Miami, FL 33178


Safari Telecom, Inc.
1 South Corporate Drive
Riverdale, NJ


SaftiFirst
325 Newhall Street
San Francisco, CA 94124


Savino Del Bene USA
149-10 183rd Street
Jamaica, NY 11413


Sentech Architectural Systems, LLC
4509 Freidrich Lane, Suite 102
Austin, TX 78744


Smiley Lifting Solutions
5326 W Mohave Street
Phoenix, AZ 85043


Sobotec
67 Burford Road
Hamilton
ONTARIO L8E 3C6


Somerset Hills Towing
19 Finderne Avenue
Bridgewater, NJ 08807


Spectrum Metal Finishing, Inc.
535 Bev Road
Youngstown, OH 44512


Spider, LLC.
PO Box 1450
Minneapolis, MN 55485-5547

Stanley Supply & Tool
PO Box 997
Farmingdale, NY 11735


State of New Jersey Div of Employer Acct
Attn: Bankruptcy Unit
PO Box 379
Trenton, NJ 08625


Stearns Bank
PO Box 750
Albany MN, MN 56307-0750


Sterling Securitites
466 Bloomfield Avenue, 2nd Floor
Newark, NJ 07107


Stuart Dean
43-50 10th Street
Long Island City, NY 11101


Suburban Propane
PO Box 290
Whippany, NJ 07981


Sunshine Builders LLC
14 Wood Street
Wayne, NJ 07470


Tanner Bolt & Nut Corp.
PO Box 28657
New York, NY 10087


TBP Philly, Inc.
400 Thoms Drive, Suite 411
Phoenixville, PA 19460


Tecnoglass
10653 NE Quaybridge Ct
Miami, FL 33138


The Airolite Company
BIN 145
Milwaukee, WI 53288

Tool-Krib Supply Co.
PO Box 6064
787 Passaic Avenue
West Caldwell, NJ 07006


Top Class Installations
93 Madison Avenue
Franklin Square, NY 11010


Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263-4558


TRB Electro Corporation
6 Morris Street
Paterson, NJ 07501


Tri-Lift
2035 New Highway
Farmingdale, NY 11735


Trulite Glass Atlanta
PO Box 935480
Atlanta, GA 31193-5480


Trulite Glass Canada
20 Royal Group Crescent
Woodbridge
ONTARIO L4H 1X9


TSC Training
2 Cortlandt Street, 2nd Floor
New York, NY 10007


Uline Shipping Supplies
PO Box 88741
Chicago, IL 60680-1741


United States Attorney's Office
District of New Jersey
970 Broad Street
Newark, NJ 07102

US Customs
149-10 183rd Street
Jamaica, NY 11413


USA Security Services, Inc.
240 Frisch Court, Suite 303
Paramus,, NJ 07652


USIS
35 W. Jefferson Avenue
Pearl River, NY 10965


Verizon
PO Box 4833
Trenton, NJ 08650-4833


Viracon
PO Box 86
Minneapolis, MN 55486-0570


Wakefield Equipment
27850 Rexford Avenue
Cleveland, OH 44140


Wausau Window & Wall System
PO Box 74747
Chicago, IL 60694-4747


William F. Saldutti, III, Esq.
Saldutti Law Group
800 Kings Highway North
Suite 300
Cherry Hill, NJ 08034


Wilson Engineers
411 Glenbrook Court
Stroudsburg, PA 18360


Winston Rutherford NJ
122 East 42nd Street
New York, NY 10168


Wonder Fire Protection Inc.
327 Elm Avenue
Bogota, NJ 07603

Wrisco Industries
21 Executive Avenue
Edison, NJ 08817


Yarde Metals, Inc.
PO Box 781227
Philadelphia, PA 19178-1227


YKK AP America, Inc.
P.O. Drawer 100497
Atlanta, GA 30384-0497

# United States Bankruptcy Court
### District of New Jersey

In re    **Crowne Architectural Systems, Inc.**                                          Case No.    **17-13404**
                                                      Debtor(s)                  Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Crowne Architectural Systems, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**March  8, 2017**
Date

**/s/ Paul Kizel**
**Paul Kizel (PK 4176)**
Signature of Attorney or Litigant
Counsel for    **Crowne Architectural Systems, Inc.**
**Lowenstein Sandler LLP**
**65 Livingston Avenue**
**Roseland, NJ 07068**
**973-597-2500 Fax:973-597-2400**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

| In re | **Crowne Architectural Systems, Inc.** | | Case No. | **17-13404** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **7** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that Lowenstein Sandler LLP is the attorney for the above named debtor and that compensation paid to Lowenstein Sandler LLP within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **58,260.50** |
| Prior to the filing of this statement I have received | $ | **58,260.50** |
| Balance Due | $ | **0.00** |

\*  **Lowenstein Sandler LLP ("Lowenstein") represented Crowne Architectural Systems, Inc. ("Crowne") in connection with certain litigation matters prior to the filing of Crowne's chapter 7 case on February 22, 2017 ("Petition Date").  On February 15, 2017, Alexis Travalja, the sole director of Crowne and the executor of the Estate of Bruno Travalja, the sole shareholder of Crowne, paid on behalf of Crowne, the sum of $172,672.30 to Lowenstein.  This payment represented a loan by Ms. Travalja to Crowne.  Of the $172,672.30, $114,411.80 was on account of certain outstanding current invoices relating to the litigation matters.  The balance, in the amount of $58,260.50 was paid on account of fees and expenses relating to services on behalf of Crowne with respect to insolvency related services including, but not limited, considering various insolvency options and preparing various draft pleadings and documents.**

2.  The source of the compensation paid to me was (see above note):

     ☑ Debtor        ☑ Other (specify):

3.  The source of compensation to be paid to me is:

     ☐ Debtor        ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs which may be required;
     c.  Representation of the debtor at the meeting of creditors and any adjourned hearings thereof.

6.  By agreement with the debtor, the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 8, 2017** | **/s/ Paul Kizel** |
| *Date* | **Paul Kizel (PK 4176)** |
| | *Signature of Attorney* |
| | **Lowenstein Sandler LLP** |
| | **65 Livingston Avenue** |
| | **Roseland, NJ 07068** |
| | **973-597-2500  Fax: 973-597-2400** |
| | *Name of law firm* |

---